51.   Wire transfers originating from the Ellissa Exchange totaling approximately $61,747,524 were sent to United States accounts for the purpose of purchasing or shipping cars between in or about January 2007 and in or about January 2011.

**G.   Transfers from Ayash, Ellissa and Others to the United States to Buy and Ship Used Cars**

52.   Between in or about January 2007 and in or about January 2011, the Ayash Exchange and the Ellissa Exchange originated approximately $203,269,615 or more in wire transfers (the "Exchange Funds") from accounts held at LCB, Federal Bank, BLOM, and MEAB (collectively, the "Lebanese Banks") to bank accounts in the United States for the purchase or shipping of used cars.

53.   Account holders other than Hassan Ayash Exchange and Ellissa Exchange initiated wire transfers totaling at least approximately $126,281,969 (the "Non-Exchange Funds") to bank accounts in the United States for the purchase or shipping of used cars.   Some of the originators for these Non-Exchange Funds are discussed below, see ¶ 77.

54.   The following table summarizes the Exchange Funds and Non-Exchange Funds that were wired to the Lebanese Banks and then further wired to correspondent bank accounts in the United States, including in the Southern District of New York:

36

| Bank | Exchange Funds | Non-Exchange Funds | Total |
|---|---|---|---|
| Lebanese Canadian Bank | $170,848,679 | $59,024,274 | $229,872,953 |
| BLOM Bank | $27,717,176 | $65,468,173 | $93,185,349 |
| Middle East and Africa Bank | $1,913,625 | $1,506,477 | $3,420,102 |
| Federal Bank of Lebanon | $2,790,135 | $283,045 | $3,073,180 |
| TOTAL | $203,269,615 | $126,281,969 | **$329,551,584** |

**H.  Cybamar Swiss Family of Companies**

55.  Between 2008 and 2010, used cars valued collectively at over $1 billion were shipped from the United States to Benin, including hundreds of millions' worth of used cars purchased with funds from the Lebanese Banks.

56.  Cybamar Swiss is a shipping company frequently used by the car buyers who received the Exchange Funds and Non-Exchange Funds transferred from the Lebanese Banks, as described above.  Cybamar Swiss is headquartered in Redford, Michigan, with several locations worldwide, including Switzerland.  STE Nomeco SARL, a Cybamar Swiss affiliate, owns and operates used car lots in Benin; STE Marco SARL, another Cybamar Swiss affiliate, is a transportation company operating between Togo and Ghana; and the Salhab Travel Agency operates in West Africa (collectively, with Cybamar Swiss, the "Cybamar Companies").  The Cybamar Companies are owned, operated, or controlled by Oussama Salhab, Fadi

Salhab, who resides in Michigan, and other members of the Salhab family.

57.   During the Wire Transfer Period, approximately 195 wire transfers or more totaling approximately $10,867,684 or more in United States currency were routed to account number 1852078466, held in the name of Cybamar Swiss GMBH LLC, at Comerica Bank, Detroit, Michigan, from the Hassan Ayash Exchange (approximately $51,421), Oussama Salhab (approximately $6,750,371); STE Marco SARL (approximately $297,751); STE Nomeco SARL (approximately $1,720,436); and Cross Continents Lines (Offshore) SAL (approximately $1,087,628).

58.   Additionally, during the Wire Transfer Period, approximately 13 wire transfers or more totaling approximately $2,346,028 or more in United States currency were routed to account number 985914906, held in the name of Cybamar Swiss GMBH LLC, at PNC Bank, Pittsburgh, Pennsylvania, from the Hassan Ayash Exchange (approximately $237,123); Oussama Salhab (approximately $2,022,338); STE Nomeco SARL (approximately $49,937); and Imad Zbib (approximately $36,630).

59.   Oussama Salhab was born in the Bekaa Valley, Lebanon and currently resides in Togo and Lebanon.  Salhab is a Hizballah operative.  On or about November 22, 2009, Salhab flew into the Detroit Metropolitan Airport on a flight from Beirut,

Lebanon.  During an interview with a U.S. Customs and Border
Protection ("CBP") officer, Salhab stated that he was traveling
to the United States for business on behalf of Cybamar Swiss.  He
had on his person a business card identifying Salhab as the
President of STE Marco SARL.  During a border inspection of a
fingerprint-encrypted laptop Salhab carried with him, CBP
officers found, among other things, images of Hizballah Secretary
General Hassan Nasrallah; audio of the Hizballah anthem; images
of Hizballah militants stomping on an Israeli flag; and movie
files of executions, hangings, torture, and beheadings.  Salhab
claimed that the images were placed on his computer by an
employee, Houssam Mehana.  Salhab was allowed to withdraw his
application for admission into the United States, and departed
the country.  As described in more detail below, Oussama Salhab
is heavily involved in the used car business in Benin and Togo
and controls a network of money couriers who have transported
millions of dollars in cash from West Africa to Lebanon, and who
have traveled to the United States to transport cash and to
purchase used cars for shipment to West Africa.

I.    **The Link Between U.S. Car Buyers and the Salhab West African
      Bulk Money Courier Network**

        60.  In addition to hundreds of millions of dollars
wired into the United States by LCB, the Hassan Ayash Exchange,
and the Ellissa Group to buy used cars, money was also brought

into the United States by multiple individuals involved in the trade-based money laundering scheme.  Some of these individuals transported cash, while other used pre-funded U.S. bank accounts created with money transferred from overseas.  These individuals' entries into the United States were facilitated by other members of the conspiracy, particularly members of the Salhab family.

61.  For example, on January 5, 2009, Mouhsen Ali Yassine, a Lebanese citizen residing in Togo, Africa, was stopped and interviewed by CBP officers while trying to enter the United States at Boston Logan International Airport.  When questioned, Yassine acknowledged his and his family's membership in Hizballah.  He carried with him a business card for the Salhab Travel Agency in Togo.  The SIM card from his cellular telephone was discovered hidden in his shoe.  He was determined to be inadmissible and processed for expedited removal.

62.  Yassine, along with nine other Lebanese individuals, most of whom were from Togo, Africa, who attempted to enter the United States around the same time period all listed Fadi Salhab as their point of contact when applying for a non-immigrant visa to enter the United States.

63.  Between approximately 2003 and 2011, at least 34 individuals who transported cash as couriers from Togo to Ghana (discussed further below, see ¶¶ 68-74) also applied for non-

40

immigrant visas for admission to the United States.  Most

identified their employment as car traders or car buyers, and

some identified U.S. car buyers who received overseas wires from

the Hassan Ayash Exchange, the Ellissa Exchange, and LCB as their

points of contact while in the U.S., including five who

identified Fadi Salhab as their point of contact.

**J.   Movement of Hundreds of Millions of Dollars from West Africa
      to Lebanon**

        64.  At least hundreds of millions of dollars in U.S.

currency are transported annually from Benin and other West

African countries to Lebanon by money couriers, hawaladars, and

currency brokers.  These U.S. dollars include the proceeds of car

sales from the Benin car parks, along with the proceeds of

narcotics trafficking, money laundering proceeds, and other

crimes.  A significant portion of this money moves through

courier and security networks controlled by Hizballah or

individuals affiliated with Hizballah.  The proceeds of the car

sales help to conceal and disguise the true source, nature,

ownership, and control of the narcotics proceeds.

        65.  Money couriers also transport millions of dollars

from Benin on commercial air flights.  Couriers travel on these

flights and carry the undeclared cash with them in order to evade

detection.  For example, on December 9, 2010, three individuals

who had traveled on a flight from Benin were arrested at Charles

De Gaulle International Airport in Paris, France.  The three were
en route to Beirut, Lebanon.  They were discovered to be carrying
over $6.5 million in United States currency and €48,500.  These
funds were not declared.  One of the individuals was carrying a
business card for Ellissa Megastore, Ellissa's car lot in
Cotonou, Benin.

      66.  Cash is also commonly transported out of Benin
through the airport in Accra, Ghana, approximately 210 miles from
Cotonou, Benin.  The route from Cotonou to Accra passes through
Togo and its capital, Lome, on the Ghana border.  The Ghanaian
Customs, Excise, and Preventive Services recorded approximately
$1.2 billion in declared United States currency imported across
the Lome border crossing in 2007 and 2008.  Approximately $845
million of this was declared by Lebanese nationals.

      67.  From Accra, the cash is often flown to Beirut.
Hizballah security facilitates the receipt of cash flown into the
Beirut International Airport.  For example, money couriers are
sometimes instructed over the public address system to deplane
first, and are escorted to private rooms in the airport where the
cash would be received.

      68.  A network of couriers linked to Oussama Salhab,
other members of the Salhab family, and related companies,
together declared over $97 million in U.S. currency couriered

over the Togo/Ghana border in 2007 and 2008, along with over
€22,494,463.

69.   Moreover, some of these same couriers applied for
non-immigrant visas to enter the United States in order to
purchase used cars, and listed a member of the Salhab family or
other related individuals as their point of contact.   See ¶ 63,
supra.

70.   Oussama Salhab and at least four other individuals
provided a phone number for STE Marco SARL (the "STE Marco Phone
Number") to Ghanaian authorities in connection with transporting
currency across the Togo/Ghana border in 2007 and 2008.
Together, Salhab and these four couriers declared a total of
approximately $7,922,950, along with approximately €2,667,600.
At least 38 couriers, including Houssam Mehanna, provided either
an office number or a mobile phone number for the Salhab Travel
Agency to Ghanaian authorities in connection with transporting
currency across the Togo/Ghana border in 2007 and 2008.   These 38
couriers declared a total of approximately $77,178,683, along
with €16,013,808. Hassan Chokr (discussed further below), an
associate of Maroun Saade and Oussama Salhab, declared a total of
$12,552,400, along with €3,813,055, that he transported across
the Togo/Ghana in 2007 and 2008.

71.   Oussama Salhab has offered free airline tickets from Ghana to Beirut, Lebanon, for individuals willing to courier bulk cash from West Africa to Lebanon.

72.   Money couriers transporting cash across the Togo/Ghana border are sometimes detained and their cash loads seized by law enforcement if couriers attempt to smuggle the cash without declaring it or otherwise in violation of post-October 2008 restrictions on currency imports.[5]   Maroun Saade would pay bribes to release money couriers and others detained by law enforcement.   For example, on March 15, 2009, Mehanna Houssam, Oussama Salhab's employee, was arrested by Togolese law enforcement.   In exchange for a payment, Saade arranged for Houssam's release.

73.   On July 21, 2010, Oussama Salhab and his employee Wissam Damen were stopped by Togolese law enforcement before driving across the Togo-Ghana border.   Salhab and Damen had approximately $798,150 and €311,910 in a concealed compartment in their car.   Salhab advised Togolese law enforcement that he was part owner of a shipping company called Marco, the cash was from the sale of cars shipped to Togo, and he and Damen were transporting the cash to Ghana and then to Lebanon.   Salhab paid

---

[5]   Effective October 20, 2008, currency with a value greater than $10,000 could only be transferred through Ghana through a bank or other authorized dealer.

44

Maroun Saade for Saade to obtain Salhab's and Damen's release from custody.

74.   As described above, in 2007 and 2008, Hassan Chokr transported approximately $12,552,400 and €3,813,055, together with British pounds and Swiss francs, across the Togo/Ghana border.   Chokr is a Hizballah weapons dealer who reports to senior Hizballah members in Lebanon.   For example, Maroun Saade invited Chokr to Accra, Ghana, to attend a November 2010, meeting with three individuals working at the direction of the DEA as confidential sources ("CS-1," "CS-2," and "CS-3") with whom Saade was negotiating narcotics and arms deals.   Chokr attended the meeting with his son-in-law, Alwar Pouryan, where they discussed supplying weapons to the CSs.   Saade identified Chokr to CS-1 as being from Hizballah, and Pouryan as someone who sold weapons to Hizballah.   Chokr has also described Pouryan as someone who supplied Hizballah with weapons when Hizballah could not procure them from other sources.

75.   In an email Chokr sent to Pouryan in approximately November 2009, Chokr referred Pouryan to a certain money exchange house located in the United Arab Emirates and instructed Pouryan to reference "Mr Oussama Salhab (Hassan Exhange [sic] [C]ompany Lebanon)."

**K.   Used Car Buyers in the U.S. Receive Wire Transfers for Buying and Shipping Used Cars as Part of the Money Laundering Scheme**

76.   As described in more detail below, certain used car buyers in the United States (collectively the "Car Buyers") have received wire transfers from the Elissa Exchange and the Hassan Ayash Exchange via the Lebanese Banks for the purpose of buying and shipping used cars.  The businesses of these Car Buyers typically have little or no property or assets other than bank accounts that are used to receive wires from overseas to buy cars, and to purchase used cars at auction.  These cars are then transported to shipping ports, where they are shipped to West Africa.  The Car Buyers typically do not have offices, car lots, or an inventory of used cars other than cars that are in transit to the ports.  Some of the Car Buyers purchase cars for their own account, but others simply retain a fee of a few hundred dollars for each car that they buy.

77.   The Car Buyers also received wire transfers for the purpose of buying and shipping used cars from other account holders at the Lebanese Banks ("Additional Transferors"), including the OFAC-designated Phenicia Shipping (Offshore); Ali Salhab and Yasmin Shipping & Trading; Fadi Star and its owners, Mohammad Hammoud and Fadi Hammoud; Fakih for General Trade, Khodor Fakih, and Ali Fakih; and Youssef Nehme.

46

a.   In wire transfer instructions for wires from Phenecia Shipping (Offshore), a telephone number for the Ellissa Exchange is provided.  From approximately January 2007 through early 2011, Phenecia Shipping wired approximately $12,406,212 to the U.S. relating to buying and shipping cars.

b.   In wire transfer instructions for wires from Yasmin Shipping & Trading, Ali Salhab's name appears next to Yasmin Shipping & Trading's.  Ali Salhab is believed to be a relative of Ousamma Salhab's.  From approximately January 2007 through early 2011, Ali Salhab and Yasmin Shipping & Trading wired approximately $10,305,512 to the U.S. relating to buying and shipping cars.

c.   Khodor Fakih is a Hizballah member from Kafra, Lebanon, who now works in the car business in Cotonou, Benin.  Khodor Fakih and Ali Fakih are believed to own and control Fakih for General Trade.  From approximately January 2007 through early 2011, Khodor Fakih, Ali Fakih, and Fakih for General Trade wired approximately $2,589,325 to the U.S. relating to buying and shipping cars.

d.   Fadi Hassan Hammoud and Mohammad Hassan Hammoud own and operate Fadi Star, a shipping company in Cotonou, Benin.  Mohammad Hammoud is a Hizballah supporter from Kafra, Lebanon, and has done business with Khodor Fakih.  From

approximately January 2007 through early 2011, Fadi Star,
Mohammad Hassan Hammoud, and Fadi Hassan Hammoud wired
approximately $11,382,906 to the U.S. relating to buying and
shipping cars.

        e.   Deeb Atieh is also a Hizballah member from
Kafra, Lebanon.  Deeb Atieh, Mohammad Deeb Atieh, and Fakih Atieh
are believed to own and control M/S Universal Motors.  From
approximately January 2007 through early 2011, the Atiehs and M/S
Universal Motors wired approximately $2,657,307 to the U.S.
relating to buying and shipping cars.

        f.   Youssef Sobhi Nehme is a close associate of
Ali Kharroubi and self-proclaimed supporter of Hizballah.  From
approximately January 2007 through early 2011, Nehme wired
approximately $21,832,344 to the U.S. relating to buying and
shipping cars.

        g.   Mohamad Manana is believed to be a Hizballah
member and an associate of Maroun Saade.  From approximately
January 2007 through early 2011, Mohamed Manana and Moustapha
Manana wired approximately $2,444,527 to the U.S. relating to
buying and shipping cars.

        78.  The chart below sets forth Car Buyers, wire
originators or initiators who sent transfers to these Car Buyers
during the Wire Transfer Period, the number of wires sent by

those originators, and the total amount of such transfers.  The
chart includes only wire transfers for which records indicate a
connection to the purchase, sale, shipment, or otherwise related
transaction regarding used cars in the United States.

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| A & J Auto Sales Inc. Lansing, MI | Hassan Ayash Exchange | 54 | $4,495,293 |
| | Ellissa Exchange | 6 | $374,454 |
| | Yasmin Shipping & Trading | 3 | $249,635 |
| | Phenicia Shipping | 2 | $57,961 |
| | Others | 128 | $5,571,301 |
| Total: | | 193 | **$10,748,644** |
| Ace Auto Leasing Inc. Tulsa, OK | Hassan Ayash Exchange | 4 | $418,641 |
| | Mohamad Hassan Hammoud | 42 | $5,101,035 |
| | Fadi Hammoud | 5 | $454,300 |
| | Fadi Star | 43 | $5,030,006 |
| | Khodor Fakih | 6 | $688,974 |
| | Ali Fakih | 4 | $289,704 |
| | Fakih for General Trade | 11 | $694,266 |
| | Others | 104 | $7,564,257 |
| Total: | | 219 | **$20,241,183** |
| ARZ Export LLC Columbia, MD | Ellissa Exchange | 4 | $215,446 |
| | Ellissa Group | 23 | $1,327,474 |
| | Mohamad Hassan Hammoud | 6 | $231,154 |
| | Ali Kharoubi | 1 | $84,968 |
| | Others | 9 | $298,005 |
| Total: | | | **$2,157,047** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| Auto Care LLC d/b/a Golden Eagle Motors Vernon, CT | Hassan Ayash Exchange | 15 | $887,012 |
| | Mohamad Hassan Hammoud | 1 | $16,945 |
| | Others | 20 | $1,194,151 |
| Total: | | 44 | **$2,206,078** |
| Auto Rama Inc. Detroit, MI | Hassan Ayash Exchange | 8 | $298,562 |
| | Ellissa Exchange | 2 | $142,828 |
| | Ellissa Group | 6 | $255,319 |
| | Others | 61 | $1,859,802 |
| Total: | | 77 | **$2,556,511** |
| Baaklini North America Inc. Fairburn, GA | Oussama Salhab | 8 | $629,427 |
| | Others | 28 | $846,705 |
| Total: | | 36 | **$1,476,132** |
| Bassam G. Hanna d/b/a Cary Auto Sales Cary, NC | Hassan Ayash Exchange | 1 | $49,880 |
| | Others | 2 | $122,882 |
| Total: | | | **$172,672** |
| Car UZD and Mid Overseas Inc. d/b/a Car UZD Miami, FL | Ellissa Exchange | 6 | $478,810 |
| | Jamal Kharoubi | 20 | $2,079,597 |
| | Ellissa Group | 1 | $49,777 |
| | Others | 231 | $19,626,097 |
| Total: | | 258 | **$22,234,281** |
| Cary Auto Sales Inc. Cary, NC | Hassan Ayash Exchange | 7 | $419,299 |
| | Others | 105 | $3,669,314 |
| Total: | | 112 | **$4,088,613** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| Cedar Exports Auto Sales Mt. Juliet, TN | Hassan Ayash Exchange | 13 | $1,196,346 |
| | Ali Salhab | 3 | $232,054 |
| | Mohamad Hassan Hammoud | 8 | $878,289 |
| | Fadi Hammoud | 2 | $199,600 |
| | Fadi Star | 2 | $199,745 |
| | Others | 98 | $3,673,303 |
| Total: | | 126 | **$6,379,337** |
| Eagle Auto Sales Inc. Dearborn Heights, MI | Ellissa Exchange | 1 | $41,855 |
| | Mohamad Hassan Hammoud | 31 | $2,794,220 |
| | Others | 24 | $1,164,698 |
| Total: | | 56 | **$4,000,773** |
| Edya Export Import Inc. Holly Hill, FL | Hassan Ayash Exchange | 14 | $1,145,540 |
| | Oussama Salhab | 17 | $1,679,051 |
| | Others | 17 | $317,145 |
| Total: | | 48 | **$3,141,736** |
| EZ Auto Export LLC New Britain, CT | Ellissa Exchange | 1 | $92,418 |
| | Ali Salhab | 5 | $194,341 |
| | Yasmin Shipping & Trading | 5 | $230,821 |
| | Fadi Star | 7 | $593,180 |
| | Others | 36 | $1,969,924 |
| Total: | | 54 | **$3,080,684** |

51

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| **Ezedine Brothers LLC** Hartford, CT | Hassan Ayash Exchange | 9 | $444,080 |
| | Ellissa Exchange | 1 | $24,930 |
| | Khodor Fakih | 1 | $99,818 |
| | Fadi Star | 16 | $1,076,597 |
| | Mohamad Hassan Hammoud | 6 | $389,009 |
| | Phenicia Shipping | 1 | $31,808 |
| | Ellissa Group | 4 | $157,409 |
| | Ali Salhab | 1 | $49,923 |
| | Yasmin Shipping & Trading | 1 | $23,912 |
| | Others | 63 | $2,532,728 |
| Total: | | 103 | **$4,830,214** |
| **Global Auto LLC** South Windsor, CT | Hassan Ayash Exchange | 17 | $1,234,008 |
| | Ellissa Exchange | 1 | $34,918 |
| | Ellissa Group | 8 | $318,384 |
| | Mohamad Hassan Hammoud | 19 | $2,030,506 |
| | Fadi Star | 60 | $5,868,008 |
| | Fadi Hammoud | 5 | $393,400 |
| | Oussama Salhab | 1 | $74,943 |
| | Ali Salhab | 4 | $238,726 |
| | Others | 124 | $7,788,910 |
| Total: | | 239 | **$17,981,803** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| Global Shipping Services Detroit, MI | Hassan Ayash Exchange | 36 | $4,315,811 |
| | Ellissa Exchange | 5 | $102,058 |
| | Oussama Salhab | 2 | $210,525 |
| | STE Nomeco | 10 | $400,359 |
| | STE Marco | 3 | $571,334 |
| | Yasmin Shipping & Trading | 2 | $120,208 |
| | Mohamad Hassan Hammoud | 2 | $138,379 |
| | Fadi Star | 7 | $521,435 |
| | Youssef Nehme | 1 | $32,253 |
| | Imad Zbib | 2 | $21,429 |
| | Others | 75 | $2,936,206 |
| Total: | | 145 | **$9,369,997** |
| H & D Export, Import Inc. Detroit, MI | Ellissa Exchange | 1 | $89,868 |
| | Mohamad Manana | 2 | $199,936 |
| | Moustapha Manana | 1 | $149,968 |
| | Ellissa Group | 1 | $199,600 |
| | Others | 42 | $3,602,571 |
| Total: | | 47 | **$4,241,943** |
| HH Automotive Inc. Detroit, MI | Ellissa Exchange | 1 | $204,700 |
| | Youssef Nehme | 5 | $708,688 |
| | M/S Universal Motors Co. | 2 | $89,815 |
| | Deeb Atieh | 2 | $139,815 |
| | Others | 8 | $271,161 |
| Total: | | 18 | **$1,414,179** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| **Hijazi General Trading LLC Burtonsville, MD** | Hassan Ayash Exchange | 11 | $371,257 |
| | Ellissa Exchange | 6 | $181,561 |
| | Oussama Salhab | 3 | $215,563 |
| | Ellissa Group | 11 | $586,649 |
| | Phenicia Shipping | 2 | $38,130 |
| | United Auto Enterprize | 1 | $30,000 |
| | Others | 165 | $5,727,093 |
| Total: | | 193 | **$7,150,253** |
| **Jean Y. Chedid Trading Est d/b/a Jean Y. Chedid Dartmouth, MA** | Hassan Ayash Exchange | 2 | $199,680 |
| | Ellissa Exchange | 1 | $149,775 |
| | Youssef Nehme | 55 | $8,236,087 |
| | Others | 14 | $1,390,030 |
| Total: | | 72 | **$9,975,572** |
| **Kamal Al Khawand Dayton, OH** | Ellissa Exchange | 1 | $99,818 |
| | Youssef Nehme | 11 | $1,148,358 |
| | Phenicia Shipping | 6 | $599,124 |
| | Others | 19 | $722,196 |
| Total: | | 54 | **$3,355,982** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| Kassab Auto Dealer LLC<br>North Arlington, NJ | Hassan Ayash Exchange | 2 | $69,780 |
| | Ellissa Exchange | 1 | $30,968 |
| | Mohamad Deeb Atieh | 1 | $99,950 |
| | Deeb Atieh | 1 | $49,925 |
| | Fadi Hammoud | 1 | $99,850 |
| | Mohamad Hassan Hammoud | 7 | $424,353 |
| | M/S Universal Motors | 5 | $524,590 |
| | Khodor Fakih | 1 | $69,798 |
| | Ali Mohamad Fakih | 1 | $24,839 |
| | M/S Fakih for General Trade | 1 | $49,945 |
| | Fadi Star | 44 | $2,891,825 |
| | Others | 69 | $3,782,815 |
| Total: | | 150 | **$9,116,281** |
| Mansour Brothers Auto Trading Inc.<br>Tampa, FL | Ellissa Group | 7 | $543,880 |
| | Youssef Nehme | 3 | $299,441 |
| | Mohamad Hassan Hammoud | 1 | $99,786 |
| | Others | 29 | $2,300,780 |
| Total: | | 40 | **$3,243,869** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| MGM Global Trading LLC South Windsor, CT | Hassan Ayash Exchange | 51 | $5,826,171 |
| | Ellissa Exchange | 1 | $99,772 |
| | Mohamad Hassan Hammoud | 34 | $3,149,542 |
| | Fadi Hammoud | 4 | $344,525 |
| | Fadi Star | 75 | $6,906,387 |
| | Ellissa Group | 4 | $324,429 |
| | M/S Fakih for General Trade | 2 | $126,709 |
| | Khodor Fakih | 1 | $49,938 |
| | Yasmin Shipping and Trading | 2 | $349,508 |
| | Ali Salhab | 2 | $349,536 |
| | Others | 176 | $15,886,958 |
| Total: | | 352 | **$33,413,475** |
| Myles Auto Sales New Bradford, MA | Hassan Ayash Exchange | 2 | $149,569 |
| | Ellissa Exchange | 3 | $149,561 |
| | Mohamad Deeb Atieh | 1 | $200,000 |
| | Ellissa Group | 4 | $289,042 |
| | Mohamad Hassan Hammoud | 3 | $249,466 |
| | Deeb Atieh | 11 | $1,009,032 |
| | M/S Universal Motors Co. | 4 | $144,750 |
| | Others | 49 | $2,626,566 |
| Total: | | 77 | **$4,862,986** |
| Poliproject Inc. d/b/a Fouad Autotrade St. Lawrence, MA | Hassan Ayash Exchange | 48 | $8,931,410 |
| | Mohamad Hassan Hammoud | 16 | $2,165,885 |
| | Others | 27 | $4,750,986 |
| Total: | | 91 | **$15,848,281** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| Safari Enterprises LLC, Sahari Motors Orlando, FL | Hassan Ayash Exchange | 24 | $1,279,431 |
| | Ellissa Exchange | 8 | $368,706 |
| | Ellissa Group | 2 | $37,102 |
| | Ali Fakih | 5 | $348,850 |
| | Mohamad Hassan Hammoud | 1 | $39,895 |
| | Yasmin Shipping & Trading | 2 | $99,741 |
| | Fadi Star | 7 | $346,297 |
| | Ali Salhab | 4 | $274,493 |
| | Others | 49 | $2,342,546 |
| Total: | | 102 | **$5,137,061** |
| United Auto Enterprize Inc. Redford, MI | Hassan Ayash Exchange | 2 | $249,880 |
| | Oussama Salhab | 17 | $1,518,022 |
| | Cross Continents Lines SAL | 1 | $49,972 |
| | Yasmin Shipping & Trading | 2 | $139,733 |
| | Imad Zbib | 1 | $48,805 |
| | Mohamad Hassan Hammoud | 2 | $55,737 |
| | Bilal Hassan Salhab | 1 | $27,000 |
| | Others | 8 | $307,194 |
| Total: | | 34 | **$2,396,343** |

| U.S. Car Buyer | Wire Originator | # | Amount |
|---|---|---|---|
| United Quality Auto Sales Inc., Detroit, MI | Hassan Ayash Exchange | 1 | $214,237 |
| | Ellissa Exchange | 5 | $664,103 |
| | Youssef Nehme | 31 | $5,661,437 |
| | Ellissa Group | 3 | $284,493 |
| | Deeb Atieh | 3 | $159,770 |
| | M/S Universal Motors Co. | 1 | $39,915 |
| | Others | 29 | $1,901,167 |
| Total: | | 73 | **$8,925,122** |
| World Auto Sales LLC, Birmingham, AL | Hassan Ayash Exchange | 2 | $99,715 |
| | Ellissa Exchange | 1 | $219,558 |
| | Mohamad Hassan Hammoud | 22 | $2,791,829 |
| | Fadi Star | 29 | $2,974,780 |
| | Others | 436 | $17,978,260 |
| Total: | | 490 | **$24,064,172** |
| Aggregate: | | | **$247,822,334** |

## V.   CLAIMS FOR FORFEITURE

### First Claim for Forfeiture -- Proceeds Traceable to Violations of IEEPA
### (18 U.S.C. § 981(a)(1)(c))

79.   Paragraphs 1 through 78 of this Complaint are repeated and realleged as if fully set forth herein.

80.   Title 18, United States Code, Section 981(a)(1)(C) subjects to forfeiture "[a]ny property, real or personal, which constitutes or is derived from proceeds traceable to a violation of . . . any offense constituting 'specified unlawful activity'

(as defined in section 1956(c)(7) of this title), or a conspiracy to commit such offense."

81. Under Section 1956(c)(7), the term "specified unlawful activity" includes, among other things, violations of "section 206 (relating to penalties) of the International Emergency Economic Powers Act [50 U.S.C. § 1705]." Section 1705 provides, in part, that "[i]t shall be unlawful for a person to violate, attempt to violate, conspire to violate, or cause a violation of any license, order, regulation, or prohibition issued under this title." 50 U.S.C. § 1705(a).

82. In addition, Title 18, United States Code, Section 984 provides in relevant part that:

> (a)(1) In any forfeiture action in rem in which the subject property is cash, monetary instruments in bearer form, funds deposited in an account in a financial institution (as defined in section 20 of this title), or precious metals –
>
> > (A) it shall not be necessary for the Government to identify the specific property involved in the offense that is the basis for the forfeiture; and
> >
> > (B) it shall not be a defense that the property involved in such an offense has been removed and replaced by identical property.
>
> (2) Except as provided in subsection (b), any identical property found in the same place or account as the property involved in the offense that is the basis for the forfeiture shall be subject to forfeiture

59

under this section.

(b) No action pursuant to this section to
forfeit property not traceable directly to
the offense that is the basis for the
forfeiture may be commenced more than 1 year
from the date of the offense.

83.  Because the Defendant Properties constitute or
were derived from proceeds traceable to violations of executive
orders and regulations issued pursuant to IEEPA (including
Executive Order 13224), the Defendant Properties are subject to
forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

**Second Claim for Forfeiture -- Property Involved In and Traceable
to Money Laundering Transactions
(18 U.S.C. § 981(a)(1)(A))**

84.  Paragraphs 1 through 78 of this Complaint are
repeated and realleged as if fully set forth herein.

85.  Title 18, United States Code, Section 981(a)(1)(A)
subjects to forfeiture "[a]ny property, real or personal,
involved in a transaction or attempted transaction in violation
of . . . section 1956 or 1957 of this title [relating to money
laundering], or any property traceable to such property."

86.  Title 18, United States Code, Section 1956(a)
provides criminal penalties for:

(a)(1) [w]hoever knowing that the property
involved in a financial transaction
represents the proceeds of some form of
unlawful activity, conducts or attempts to
conduct a financial transaction which in fact
involves the proceeds of specified unlawful

60

activity –

    (A)(i) with the intent to promote the carrying on of specified unlawful activity; or

    . . .

    (B) knowing that the transaction is designed in whole or in part --

       (i) to conceal or disguise the nature, the location, the source of ownership, or the control of the proceeds of specified unlawful activity; or

       (ii) to avoid a transaction reporting requirement under State or Federal law . . . .

    (2) Whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States--

    (A) with the intent to promote the carrying on of specified unlawful activity; or

    (B) knowing that the monetary instrument or funds involved in the transportation represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part--

       (i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or

                (ii) to avoid a transaction
reporting requirement under State or
Federal law.

87.  In addition, Section 1956(h) provides, in part, that "[a]ny person who conspires to commit any offense defined in this section or section 1957 shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy."

88.  18 U.S.C. § 1957 provides in relevant part that:

> Whoever . . . knowingly engages or attempts to engage in a monetary transaction in criminally derived property of a value greater than $10,000 and is derived from specified unlawful activity, shall be punished as provided in subsection (b).

89.  "Monetary transactions" is defined in 18 U.S.C. § 1957(f)(1) as the "deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce of funds . . . by, through, or to a financial institution . . . including any transaction that would be a financial transaction under section 1956(c)(4)(B) of this title . . . ."

90.  "Criminally derived property" is defined in 18 U.S.C. § 1957(f)(2) as "any property constituting, or derived from, proceeds obtained from a criminal offense."

91.  "Specified unlawful activity" is defined in 18 U.S.C. § 1957(f)(3) as having the same meaning as that term has in 18 U.S.C. § 1956.  As noted above, the term "specified

unlawful activity," as defined in Section 1956, includes violations of IEEPA.

92. The term "specified unlawful activity" further includes the felonious manufacture, importation, receiving, concealment, buying, selling, or otherwise dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), punishable under any law of the United States.

93. In addition, the term "financial transaction" is defined in 18 U.S.C. § 1956(c)(4), and includes "a transaction which in any way or degree affects interstate or foreign commerce (i) involving the movement of funds by wire or other means or (ii) involving one or more monetary instruments . . . ."

94. Because the Defendant Properties constitute properties involved in money laundering transactions and attempted money laundering transactions in violation of Sections 1956 and 1957, they are subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A).

## VI.   CIVIL MONEY LAUNDERING PENALTIES

95. Paragraphs 1 through 78 of this Complaint are repeated and realleged as if fully set forth herein.

96. Pursuant to Title 18, United States Code, Section 1956(b), "[w]hoever conducts or attempts to conduct a transaction

described in subsection (a)(1) or (a)(3), or section 1957, or a transportation, transmission, or transfer described in subsection (a)(2), is liable to the United States for a civil penalty of not more than the greater of — (A) the value of the property, funds, or monetary instruments involved in the transaction; or (B) $10,000."

97.   Accordingly, the Defendant Entities are liable to the Government for a sum of money representing the amount of property, funds, or monetary instruments involved in the money laundering offenses described above, in an amount that is no less than $229,872,953 for LCB; $141,522,091 for the Hassan Ayash Exchange Company; $61,747,524 for Ellissa Holding, including the Ellissa Exchange; and an amount to be determined but not less than $50,000,000 for the Cybamar Companies.

WHEREFORE, plaintiff United States of America prays that process issue to enforce the forfeiture of the Defendant Properties and that all persons having an interest in the Defendant Properties be cited to appear and show cause why the forfeiture should not be decreed, and that this Court decree forfeiture of the Defendant Properties to the United States of America for disposition according to law and that this Court grant plaintiff such further relief as this Court may deem just and proper together with costs and disbursements in this action.

Dated:   New York, New York
         December 15, 2011

                         PREET BHARARA
                         United States Attorney for the
                         Southern District of New York

          By:    _____
                         Sharon Cohen Levin
                         Michael D. Lockard
                         Jason H. Cowley
                         Alexander J. Wilson
                         Assistant United States Attorneys
                         One St. Andrew's Plaza
                         New York, New York 10007
                         (212) 637-1060/2193/2479/2453

<u>VERIFICATION</u>

STATE OF NEW YORK                       )
COUNTY OF NEW YORK                      :
SOUTHERN DISTRICT OF NEW YORK )

      CHRISTOPHER MILLER, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"); that he has read the foregoing amended complaint and knows the contents thereof; and that the same is true to the best of his knowledge, information and belief.

      The sources of deponent's information and the grounds of his belief are his personal involvement in the investigation, and conversations with and documents prepared by law enforcement officers and others.

                                                 _____
                                      CHRISTOPHER MILLER
                                      Special Agent
                                      Drug Enforcement Administration

Sworn to before me, this
15 th day of December 2011

_____
Notary Public

        MARCO DASILVA
    Notary Public, State of New York
        No. 01DA6145603
    Qualified in Nassau County
My Commission Expires _____May 8, 2014_____

## SCHEDULE A

I. <u>USED CAR BUYERS IN THE UNITED STATES AND THEIR ACCOUNTS</u>

1. <u>A & J Auto Sales Inc., Lansing, MI</u>

   <u>Account</u>:

   a.   account number 1852318300, held in the name of A & J
        Auto Sales Inc., at Comerica Bank, Detroit, MI, and all
        funds traceable thereto;

2. <u>Ace Auto Leasing Inc., Tulsa, OK</u>

   <u>Account</u>:

   a.   account number 1021354, held in the name of Ace Auto
        Leasing Inc., at Security Bank, Tulsa, OK, and all
        funds traceable thereto;

3. <u>ARZ Export LLC, Columbia, MD</u>

   <u>Account</u>:

   a.   account number 003915682358, held in the name of ARZ
        Export LLC, at Bank of America NA, Richmond, VA, and
        all funds traceable thereto;

4. <u>Auto Care LLC (d/b/a Golden Eagle Motors), Vernon, CT</u>

   <u>Accounts</u>:

   a.   account number 003851460139, held in the name of Auto
        Care LLC (d/b/a Golden Eagle Motors), at Bank of
        America NA, Richmond, VA, and all funds traceable
        thereto;

   b.   account number 100010418954, held in the name of Auto
        Care LLC (d/b/a Golden Eagle Motors), at Webster Bank
        NA, New Britain, CT, and all funds traceable thereto;

5. <u>Auto Rama Inc., Detroit, MI</u>

   <u>Accounts</u>:

   a.   account number D3640502130, held in the name of Auto
        Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and
        all funds traceable thereto;

b.   account number D450559055, held in the name of Auto Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and all funds traceable thereto;

c.   account number D3660794805, held in the name of Auto Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and all funds traceable thereto;

6.   <u>Baaklini North America Inc., Fairburn, GA</u>

<u>Account</u>:

a.   account number 334009142209, held in the name of Baaklini North America Inc., at Bank of America, Richmond, VA, and all funds traceable thereto;

7.   <u>Bassam G. Hanna d/b/a Cary Auto Sales, Cary, NC</u>

<u>Account</u>:

a.   account number 0071124646, held in the name of Bassam G. Hanna d/b/a Cary Auto Sales, at Fidelity Bank, Fuquay Varina, NC, and all funds traceable thereto;

8.   <u>Car UZD and Mid Overseas Inc. (d/b/a Car UZD), Miami, Florida</u>

<u>Accounts</u>:

a.   account number 005488236598, held in the name of Car UZD, at Bank of America, Richmond, VA, and all funds traceable thereto;

b.   account number 2000044100650, held in the name of Mid Overseas Inc. d/b/a Car UZD, at Wachovia Bank NA, Winston-Salem, NC;

9.   <u>Cary Auto Sale Inc., Cary, NC</u>

<u>Account</u>:

a.   account number 200041752616, held in the name of Cary Auto Sale Inc., at Wachovia Bank, Winston-Salem, NC, and all funds traceable thereto;

10. **Cedar Exports Auto Sales, Mt. Juliet, TN**

   **Accounts:**

   a. account number 003780099354, held in the name of Cedar Exports Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

   b. account number 003780100146, held in the name of Cedar Exports Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

   c. account number 151205758239, held in the name of Cedar Exports Auto Sales, at U.S. Bank National Association, St. Paul, MN, and all funds traceable thereto;

   d. account number 183725977, held in the name of Cedar Exports Auto Sales, at First Tennessee Bank, Memphis, TN, and all funds traceable thereto;

   e. account number 3006360, held in the name of Cedar Exports Auto Sales, at Reliant Bank, Brentwood, TN, and all funds traceable thereto;

11. **Eagle Auto Sales Inc., Dearborn Heights, MI**

   **Accounts:**

   a. account number 5404311333, held in the name of Eagle Auto Sales Inc., at Bank of America NA (formerly LaSalle Bank), Henrico, VA, and all funds traceable thereto;

   b. account number 5404706474, held in the name of Eagle Auto Sales Inc., at Bank of America NA (formerly LaSalle Bank), Henrico, VA, and all funds traceable thereto;

12. **Edya Export Import Inc., Holly Hill, FL**

   **Account:**

   a. account number 0010200496580, held in the name of Edya Export Import Inc., at Bank of America NA, Richmond, VA, and all funds traceable thereto;

3

13. **EZ Auto Export LLC, New Britain, CT**

   Account:

   a.   account number 385005031155, held in the name of EZ
        Auto Export LLC, at Bank of America NA, Richmond, VA,
        and all funds traceable thereto;

14. **Ezedine Brothers LLC, Hartford, CT**

   Accounts:

   a.   account number 6500023951, held in the name of Ezedine
        Brothers LLC, at People's United Bank, Hartford, CT,
        and all funds traceable thereto;

   b.   account number 7000380666, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

   c.   account number 9501914077, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

   d.   account number 1000010094950, held in the name of
        Ezedine Brothers LLC, at Webster Bank NA, New Britain,
        CT, and all funds traceable thereto;

   e.   account number 7070205177, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

   f.   account number 9500946008, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

15. **Global Auto LLC, South Windsor, CT**

   Account:

   a.   account number 100010497762, held in the name of Global
        Auto LLC, at Webster Bank NA, New Britain, CT, and all
        funds traceable thereto;

   b.   account number 385000239567, held in the name of Global
        Auto LLC, at Bank of America NA, Richmond, VA, and all

4

funds traceable thereto;

16. **Global Shipping Services, Detroit, MI**

   **Account**:

   a.   account number 1851738532, held in the name of Global Shipping Services, at Comerica Bank, Detroit, MI, and all funds traceable thereto;

17. **H & D Export and Import Inc., Detroit, MI**

   **Account**:

   a.   account number 4506043277, held in the name of H & D Export and Import Inc., at RBS Citizens NA, Riverside, RI, and all funds traceable thereto;

18. **HH Automotive Inc., Detroit, MI**

   **Accounts**:

   a.   account number 7913961236, held in the name of HH Automotive Inc., at Fifth Third Bank, Cincinnati, OH, and all funds traceable thereto;

   b.   account number 771360245, held in the name of HH Automotive Inc., at JPMorgan Chase Bank, Tampa, FL, and all funds traceable thereto;

19. **Hijazi General Trading LLC, Burtonsville, MD**

   **Account**:

   a.   account number 1461670301, held in the name of Hijazi General Trading LLC, at Sandy Spring National Bank, Columbia, MD, and all funds traceable thereto;

20. **Jean Y. Chedid Trading Est d/b/a Jean Y. Chedid, Dartmouth, MA**

   **Accounts**:

   a.   account number 004601044225, held in the name of Jean Y. Chedid Trading Est. d/b/a Jean Y. Chedid, at Bank of America NA, Richmond, VA, and all funds traceable

thereto;

   b.   account number 22071326, held in the name of Jean Y.
        Chedid Trading Est. d/b/a Jean Y. Chedid, at RBS
        Citizens Bank, Riverside, RI, and all funds traceable
        thereto;

21.   **Kamal Al Khawand, Dayton, OH**

      **Account:**

   a.   account number 415006924, held in the name of Kamal Al
        Khawand, at Liberty Savings Bank, Wilmington, OH, and
        all funds traceable thereto;

22.   **Kassab Auto Dealer LLC, North Arlington, NJ**

      **Accounts:**

   a.   account number 381005084630, held in the name of Kassab
        Auto Dealer LLC, at Bank of America NA, Richmond, VA,
        and all funds traceable thereto;

   b.   account number 4245299816, held in the name of Kassab
        Auto Dealer LLC, at TD Bank NA, Lewiston, ME, and all
        funds traceable thereto;

23.   **Mansour Brothers Auto Trading Inc., Tampa, FL**

      **Account:**

   a.   account number 8042546625, held in the name of Mansour
        Brothers Auto Trading Inc., at BB&T Bank, Wilson, NC,
        and all funds traceable thereto;

   b.   account number 8048989720, held in the name of Mansour
        Brothers Auto Trading Inc., Tampa, FL;

24.   **MGM Global Trading LLC, South Windsor, CT**

      **Accounts:**

   a.   account number 100010497742, held in the name of MGM
        Global Trading LLC, at Webster Bank NA, New Britain,
        CT, and all funds traceable thereto;

    **b.**   account number 385002807418, held in the name of MGM Global Trading LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

    **c.**   account number 385002807421, held in the name of MGM Global Trading LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

    **d.**   account number 7070181080, held in the name of MGM Global Trading LLC, at First Niagara Bank NA, Lockport, NY, and all funds traceable thereto;

    **e.**   account number 51304962536, held in the name of MGM Global Trading LLC, at Sovereign Bank, Reading, PA, and all funds traceable thereto;

25.  <u>Myles Auto Sales, New Bradford, MA</u>

    <u>Accounts</u>:

    **a.**   account number 68500026114, held in the name of Myles Auto Sales, at Sovereign Bank, Reading, PA, and all funds traceable thereto;

    **b.**   account number 9496873999, held in the name of Myles Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

26.  <u>Poliproject Inc. d/b/a Fouad Autotrade, St. Lawrence, MA</u>

    <u>Account</u>:

    **a.**   account number 8245243071, held in the name of Poliproject Inc. d/b/a Fouad Autotrade, at TD Bank NA, Lewiston, ME, and all funds traceable thereto;

27.  <u>Safari Enterprises LLC, Orlando, FL & Sahari Motors, Orlando, FL</u>

    <u>Accounts</u>:

    **a.**   account number 100010323810, held in the name of Safari Enterprises LLC, at Webster Bank NA, New Britain, CT, and all funds traceable thereto;

b.   account number 2000036107470, held in the name of
Safari Enterprises LLC, at Wachovia Bank NA, Winston-
Salem, NC, and all funds traceable thereto;

c.   account number 200051058944, held in the name of Sahari
Motors, at Wachovia Bank NA, Winston-Salem, NC, and all
funds traceable thereto;

28.  **United Auto Enterprize Inc., Redford, MI**

**Accounts:**

a.   account number 1852550415, held in the name of United
Auto Enterprize Inc., at Comerica Bank, Detroit, MI,
and all funds traceable thereto;

b.   account number 229034804888, held in the name of United
Auto Enterprize Inc., at Bank of America NA, Richmond,
VA, and all funds traceable thereto;

29.  **United Quality Auto Sales Inc., Detroit, MI**

**Account:**

a.   account number 1851548741, held in the name of United
Quality Auto Sales Inc., at Comerica Bank, Detroit, MI,
and all funds traceable thereto;

30.  **World Auto Sales LL, Birmingham, AL**

**Account:**

a.   account number 0028860, held in the name of World Auto
Sales LLC, at Iberia Bank, Lafayette, LA, and all funds
traceable thereto.

II.   **CYBAMAR SWISS ENTITITES AND THEIR ACCOUNTS**

1.   **Cybamar Swiss GMBH LLC**

**Accounts:**

a.   account number 1852078466, held in the name of Cybamar
Swiss GMBH LLC, at Comerica Bank, Detroit, MI, and all
funds traceable thereto;

b.   account number 985914906, held in the name of Cybamar Swiss GMBH LLC, at PNC Bank, Pittsburgh, PA, and all funds traceable thereto.

c.   account number 177717592000, held in the name of Cybamar Swiss GMBH LLC, at Credit Suisse AG, and all funds traceable thereto.

d.   account number 076705931001, held in the name of Cybamar Swiss GMBH LLC, at Credit Suisse AG, and all funds traceable thereto.

e.   account number 076705932000, held in the name of Cybamar Swiss GMBH LLC, at Credit Suisse AG, and all funds traceable thereto.