UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,                           :

        Plaintiff,                                :

      - v. -                                         :   11 CIV 9186 (RJH) ECF CASE

LEBANESE CANADIAN BANK SAL, ELLISSA                 :   **CLAIM OF INTEREST IN DEFENDANT PROPERTY: ACCOUNT 1851738532 AT COMERICA BANK IN DETROIT, MICHIGAN**

HOLDING COMPANY, HASSAN AYASH
EXCHANGE COMPANY, CYBAMAR SWISS                     :
GMBH, LLC, STE NOMECO SARL, STE MARCO
SARL, and THE SALHAB TRAVEL AGENCY,                 :

        Defendants.                               :

ALL ASSETS OF LEBANESE CANADIAN BANK                :
SAL OR ASSETS TRACEABLE THERETO; ALL
ASSETS OF ELLISSA HOLDING COMPANY; ALL               :
ASSETS OF HASSAN AYASH EXCHANGE
COMPANY; ALL ASSETS OF CYBAMAR SWISS                :
GMBH, LLC, STE MARCO SARL, STE NOMECO
SARL, AND THE SALHAB TRAVEL AGENCY,                 :
INCLUDING BUT NOT LIMITED TO ALL FUNDS
ON DEPOSIT IN THE BANK ACCOUNTS AS                  :
PARTICULARLY DESCRIBED IN SCHEDULE A;
and ALL ASSETS OF 30 USED CAR BUYERS                :
IN THE UNITED STATES LISTED IN
SCHEDULE A, INCLUDING BUT NOT LIMITED               :
TO APPROXIMATELY $248 MILLION
PREVIOUSLY ON DEPOSIT AT APPROXIMATELY              :
57 BANK ACCOUNTS, AS DESCRIBED IN
SCHEDULE A, AND ALL PROPERTY TRACEABLE               :
THERETO,

        Defendants in rem.
------------------------------------x

    COMES NOW, Global Shipping Services, Inc. (the "Claimant"), pursuant to Supp. Fed. R. Civ. P. G(5)(a), and hereby asserts a claim for itself as owner of the defendant property, account number 1851738532 at Comerica Bank in Detroit, Michigan,

1

as the same is proceeded against at the instance of the United States of America; and Claimant avers that it was at the time of the filing of the Complaint herein, and is now, the owner of the said defendant property and entitled to possession thereof.

WHEREFORE, it prays to defend accordingly.

Dated: January 23, 2012

Respectfully Submitted,

/s/ Neil B. Mooney
Neil B. Mooney, Esq.
The Mooney Law Firm, LLC
1911 Capital Circle N.E.
Tallahassee, FL  32308
Telephone / Fax:  850 893 0670 / 850 391 4228
E-Mail:  nmooney@customscourt.com

## VERIFICATION

I, Ali Kain, President of Global Shipping Services, Inc., do hereby declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Claim of Interest in Property: Account Number 1851738532 at Comerica Bank in Detroit, Michigan is based on information known to me, and the facts alleged therein are true and correct to the best of my knowledge.

Executed on: January 20, 2012      By: _____
              Date                      Ali Kain

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by first class U.S. Mail and/or by using the Clerk of the Court's CM/ECF system for electronic notice on this 23th day of January, 2012 on all counsel or parties of record on the attached service list.

/s/ Neil B. Mooney
Neil B. Mooney, Esq.

**Service List**

**Clerk of Court**
United States District Court- Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Alexander Joshua Wilson, Jason Harris Cowley, Michael Dennis Lockard, Sharon Cohen Levin**
United States Attorney Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007

**Alessandra Deblasio**
Deblasio & Larocca
5 Hanover Square
New York, NY 10004
(212)-321-7084
Fax: (212) 689-2765
Email: adeblasio@earthlink.net

**Nabih Hussein Ayad**
Nabih H. Ayad & Associates, P.C.
2200 Canton Center Road, Suite 220
Canton, MI 48187
(734) 983-0500
Fax: (734) 983-0520
Email: ayadlaw@hotmail.com

**Alex V. Hernandez**
Pullman & Comley, LLC(Stamford)
4 Stamford Plaza
107 Elm Street
Stamford, CT 06902-3834
(203) 674-7952

Fax: (203) 363-8659
Email: ahernandez@pullcom.com

**Tristan Scott Cowperthwait**
Pullman & Comley, LLC (Bridgeport)
850 Main Street, 8th Floor
Bridgeport, CT 06601
(203)-330-2044
Fax: (203)-576-8888
Email: tscowperthwait@pullcom.com

**Deane A. Shure**
Joseph J. D'Erasmo & Associates
103 North Adams Street
Rockville, MD 20850
(301) 762-8860

**Joseph John D'Erasmo**
Joseph J. D'erasmo & Associates
103 North Adams Street
Rockville, MD 20850
(301)-762-8865
Fax: (301)-424-7710
Email: joseph_derasmo@yahoo.com

**Emily Stern**
Katten Muchin Rosenman,LLP(NYC)
575 Madison Avenue
New York, NY 10022
(212)-940-8800
Fax: (212)-940-8776
Email: emily.stern@kattenlaw.com

**Scott Andrew Resnik**
Katten Muchin Rosenman,LLP(NYC)
575 Madison Avenue
New York, NY 10022
(212)-840-8543
Fax: (212)-894-5513
Email: scott.resnik@kattenlaw.com