IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-civ-9186-RJH |
| ) | |
| LEBANESE CANADIAN BANK SAL, ) | |
| ELLISSA HOLDING COMPANY, ) | |
| HASSAN AYASH EXCHANGE ) | |
| COMPANY, CYBAMAR SWISS ) | |
| GMBH, LLC, *et. al*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CLAIM AS TO WORLD AUTO SALES LLC ACCOUNT 0028860 AT
IBERIA BANK AND ALL FUNDS TRACEABLE THERETO**

Claimant, World Auto Sales, LLC, hereby files a Notice of Claim under Rule G(5) of the Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as to Defendant, property described in Schedule A of the Government's Complaint as Account Number 0028860, held in the name of World Auto Sales, LLC, at Iberia Bank, Lafayette, LA, and all funds traceable thereto. Claimant reserves the right to file any and all appropriate pre-answer motions, answer, assert affirmative defenses, and seek trial by jury.

1. Property Claimed

Account Number 0028860, held in the name of World Auto Sales, LLC, at Iberia Bank, Lafayette, LA, and all funds arguably traceable thereto.

2. <u>Claimant and Claimant's Interest:</u>

On or about September 7, 2007, World Auto Sales, LLC opened the above account. World Auto Sales, LLC is the sole signatory on the account and the only party authorized to deposit or withdraw funds.

3. <u>Declaration Under Penalty of Perjury</u>

The Declaration of World Auto Sales, LLC's agent, Mr. Ahmad Hammoud, is attached at Exhibit A.

Dated this 23rd day of January, 2012.

/s Richard Davis
Richard Davis [RD-6537]
One of the Attorneys for
World Auto Sales, LLC

Of Counsel
Anthony A. Joseph (Pro Hac Admission Pending)

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of January, 2012, I electronically filed the above and foregoing, using the Court's CM/ECF System, which will serve copies on all counsel of record and I have served a copy on the following by certified mail:

Sharon Cohen Levin, Assistant United States Attorney
Jason H. Cowley, Assistant United States Attorney
Michael D. Lockard, Assistant United States Attorney
Alex Wilson, Assistant United States Attorney


United States Attorney's Office for the Southern District of New York
The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

                                                /s Richard Davis
                                                Of Counsel