IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 11-civ-9186-RJH |
| LEBANESE CANADIAN BANK SAL, ELLISSA HOLDING COMPANY, HASSAN AYASH EXCHANGE COMPANY, CYBAMAR SWISS GMBH, LLC, *et. al*, | ) |
| Defendants. | ) |

**VERIFICATION OF NOTICE OF CLAIM AS TO WORLD AUTO SALES LLC ACCOUNT 0028860 AT IBERIA BANK AND ALL FUNDS TRACEABLE THERETO**

1. I, Ahmad Hammoud, am the registered agent of World Auto Sales, LLC.

2. I have read the Government's Verified Complaint for Forfeiture *in Rem* of All Assets of 30 Used Car Buyers in the United States Listed in Schedule A, including World Auto Sales LLC Account 0028860 at Iberia Bank and all funds traceable thereto.

3. I, on behalf of World Auto Sales, LLC, represent that World Auto Sales, LLC, opened the Defendant account on September 7, 2007, is the only party authorized to transact on the account, and has the sole interest in account.

4. I also declare under penalty of perjury that the foregoing interests and claims to the subject property are true and correct.

Executed this 23rd day of January, 2012.

_____
Ahmad Hammoud on behalf of World Auto Sales, LLC

Sworn to and subscribed before me this
23rd day of January, 2012.

_____
Notary Public
My Commission Expires: 4-18-15