UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

v

LEBANESE CANADIAN BANK SAL, ELLISSA
HOLDING COMPANY, HASSAN AYASH
EXCHANGE COMPANY, CYBAMAR SWISS
GMBH, LCC, STE NOMECO SARL, STE MARCO
SARL, and THE SALHAB TRAVEL AGENCY,

    Defendants,

ALL ASSETS OF LEBANESE CANADIAN BANK
SAL OR ASSETS TRACEABLE THERETO; ALL
ASSETS OF ELLISSA HOLDING COMPANY; ALL
ASSETS OF HASSAN AYASH EXCHANGE COMPANY;
ALL ASSETS OF CYBAMAR SWISS GMBH, LCC,
STE MARCO SARL, STE NOMECO SARL, AND THE
SALHAB TRAVEL AGENCY, INCLUDING BUT NOT
LIMITED TO ALL FUNDS ON DEPOSIT IN THE BANK
ACCOUNTS AS PARTICULARLY DESCRIBED IN
SCHEDULE A; and ALL ASSETS OF 30 USED CAR
BUYERS IN THE UNITED STATES LISTED IN
SCHEDULE A, INCLUDING BUT NOT LIMITED TO
APPROXIMATELY $248 MILLION PREVIOUSLY ON
DEPOSIT AT APPROXIMATELY 57 BANK ACCOUNTS,
AS DESCRIBED IN SCHEDULE A, AND ALL PROPERTY
TRACEABLE THERETO,

    Defendants in rem.

Case No. 11-CIV-9186

Hon. Richard J. Holwell

**NOTICE OF CLAIM OF
AUTORAMA, INC.**

## NOTICE OF CLAIM OF AUTORAMA, INC.

I, Huss Cheayto, owner of Autorama, Inc., 6113 Livernois Street, Detroit, Michigan 48210, do hereby give notice that Autorama, Inc. has a claim to the return of the following property among the subject matter of the above-captioned action:

> All assets of Autorama, Inc. (identified in the above-captioned action as "Auto Rama Inc."), including but not limited to the three accounts identified in Schedule A to the Verified Complaint in the above-captioned matter (identified as: (1) account number D3640502130 at RBS Citizens Bank NA; (2) account number D450559055 at RBS Citizens Bank NA; and (3) account number D3660794805 at RBS Citizens Bank NA), and all property of Autorama, Inc. traceable thereto.

Autorama, Inc.'s interest in the aforementioned property is an ownership interest.

I attest and declare under penalty of perjury that Autorama, Inc.'s claim to the aforementioned property is not frivolous and that the information provided in support of Autorama, Inc.'s claim is true and correct to the best of my knowledge and belief. I further attest that I have this same day forwarded a copy of this Notice of Claim to Assistant United States Attorneys Jason M. Cowley, Michael D. Lockard, and Alex Wilson, One St. Andrew's Plaza, New York, New York 10007.

_____     Dated: _____
Autorama, Inc.
By: Huss Cheayto
Its: Owner

4885074_1.DOC