UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No: 11 CIV 9186 |
| -v- | : | Judge Holwell |
| LEBANESE CANADIAN BANK SAL, ELLISSA HOLDING COMPANY, HASSAN AYASH EXCHANGE COMPANY, CYBAMAR SWISS GMBH, LLC, STE NOMECO SARL, STE MARCO SARL, and THE SALHAB TRAVEL AGENCY, | : | |
| Defendants; | : | |
| ALL ASSETS OF LEBANESE CANADIAN BANK SAL OR ASSETS TRACEABLE THERETO; ALL ASSETS OF ELLISA HOLDING COMPANY; ALL ASSETS OF HASSAN AYASH EXCHANGE COMPANY; ALL ASSETS OF CYBMAR SWISS GMBH, LLC, STE MARCO SARL, STE NOMECO SARL, AND THE SALHAB TRAVEL AGENCY, INCLUDING BUT NOT LIMITED TO ALL FUNDS ON DEPOSIT IN THE BANK ACCOUNTS AS PARTICULARLY DESCRIBED IN SCHEDULE A; and ALL ASSETS OF 30 USED CAR BUYERS IN THE UNITED STATES LISTED IN SCHEDULE A, INCLUDING BUT NOT LIMITED PREVIOUSLY ON DEPOSIT AT APPROXIMATELY 57 BANK ACCOUNTS, AS DESCRIBED IN SCHEDULE A, AND ALL PROPERTY TRACEABLE THERETO, | : | |
| Defendants *In Rem.* | : | |

------------------------------------------------

PREET BHARARA
United States Attorney for the
Southern District of New York
By:   Sharon Cohen Levin
       Michael D. Lockard
       Jason H. Cowley
       Alexander J. Wilson
       One St. Andrew's Plaza
       New York, New York 10007

ARNONE LAW OFFICES
By:   Joseph R. Arnone (P68572)
Attorney for Tessir Hazime on behalf of
United Quality Auto Sales, Inc, Detroit, MI
6445 Norborne
Dearborn Heights, MI 48127

## AFFIDAVIT OF CLAIMS BY UNITED QUALITY AUTO SALES, INC.

STATE OF MICHIGAN   )
                                      )SS.
COUNTY OF OAKLAND)

Re:   Asset Identification:

> Account number 1851548741, held in the name of United Quality Auto Sales, Inc, and Comerica Bank, Detroit, Michigan and all funds traceable thereto

UNITED QUALITY AUTO SALES, INC., by its owner and officer, TESSIR HAZIME, being duly sworn, deposes and says:

That the undersigned does hereby file a claim with respect to the above currency and items and states that he is the rightful owner and/or was the rightful owner in rightful possession or control of the property at the time of its seizure, and hereby demands return of the property, plus costs and attorney fees.

I state under penalty of perjury that the foregoing is true and correct.

*taissir Hazim*
UNITED QUALITY AUTO SALES, INC, by
its owner and officer TESSIR HAZIME

Executed on 01-19-12, 2012

Subscribed and sworn to before me on
_____, 2012.
_____, Notary Public
County, MI
My Commission Expires:

DONNA J. NAJOR
Notary Public, State of Michigan
County of Macomb
My Commission Expires Apr. 07, 2016
Acting in the County of _____

Page -2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | Case No: 11 CIV 9186 |
| -v- : | Judge Holwell |
| : | |
| LEBANESE CANADIAN BANK SAL, ELLISSA : | |
| HOLDING COMPANY, HASSAN AYASH EXCHANGE | |
| COMPANY, CYBAMAR SWISS GMBH, LLC, STE : | |
| NOMECO SARL, STE MARCO SARL, and THE | |
| SALHAB TRAVEL AGENCY, : | |
| : | |
| Defendants; : | |
| : | |
| ALL ASSETS OF LEBANESE CANADIAN BANK : | |
| SAL OR ASSETS TRACEABLE THERETO; ALL | |
| ASSETS OF ELLISA HOLDING COMPANY; ALL : | |
| ASSETS OF HASSAN AYASH EXCHANGE | |
| COMPANY; ALL ASSETS OF CYBMAR SWISS : | |
| GMBH, LLC, STE MARCO SARL, STE NOMECO | |
| SARL, AND THE SALHAB TRAVEL AGENCY, : | |
| INCLUDING BUT NOT LIMITED TO ALL FUNDS | |
| ON DEPOSIT IN THE BANK ACCOUNTS AS : | |
| PARTICULARLY DESCRIBED IN SCHEDULE A; | |
| and ALL ASSETS OF 30 USED CAR BUYERS : | |
| IN THE UNITED STATES LISTED IN | |
| SCHEDULE A, INCLUDING BUT NOT LIMITED : | |
| PREVIOUSLY ON DEPOSIT AT APPROXIMATELY | |
| 57 BANK ACCOUNTS, AS DESCRIBED IN : | |
| SCHEDULE A, AND ALL PROPERTY TRACEABLE | |
| THERETO, : | |
| : | |
| Defendants In Rem. : | |

------------------------------------

PREET BHARARA
United States Attorney for the
Southern District of New York
By:   Sharon Cohen Levin
      Michael D. Lockard
      Jason H. Cowley
      Alexander J. Wilson
      One St. Andrew's Plaza
      New York, New York 10007

ARNONE LAW OFFICES
By:   Joseph R. Arnone (P68572)
Attorney for Tessir Hazime on behalf of
United Quality Auto Sales, Inc, Detroit, MI
6445 Norborne
Dearborn Heights, MI 48127

Page -1-

# **PROOF OF SERVICE**

DONNA J. NAJOR, being first duly sworn, deposes and says that on January 20, 2012, she served a copy of **Affidavit of Claims by United Quality Auto Sales, Inc. along with this Proof of Service** upon the following parties:

> Preet Bharara
> U.S. Attorney for the Southern District
> of New York
> Sharon Cohen Levin
> Michael Lockard
> Jason H. Cowley
> Alexander Wilson
> One St. Andrew's Plaza
> New York, NY 10007

in the within entitled cause, by first class mail, plainly addressed as aforementioned, and depositing same in the United States Post Office in the City of Bloomfield Hills, with postage fully prepaid.

*I DECLARE THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT TO THE BEST OF MY PERSONAL INFORMATION AND BELIEF.*

DONNA J. NAJOR