UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **United States of America** | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Case No. 11 CV 9186 (PAE)** |
| **Lebanese Canadian Bank SAL,** *et. al.* | ) | |
|     Defendants, | ) | |
| | ) | |
| **All Assets of Lebanese Canadian Bank** | ) | |
| **SAL or assets traceable thereto,** *et. al.* | ) | |
|     Defendants *in rem*. | ) | |

## WORLD AUTO SALES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for **WORLD AUTO SALES, LLC**, makes the following corporate disclosure:

There is no parent corporation or publicly held corporation owning 10% or more of World Auto Sales, LLC's stock.

Respectfully submitted this the 2nd day of March, 2012.

                                      /s Anthony A. Joseph
                                      Anthony A. Joseph
                                      One of the Attorneys for
                                      World Auto Sales, LLC.

OF COUNSEL:
MAYNARD COOPER & GALE P.C.
2400 Regions Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203
Phone:  205.254.1224
E-Mail:  ajoseph@maynardcooper.com

## CERTIFICATE OF SERVICE

  I hereby certify that on March 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to counsel who are CM/ECF participants, and I hereby certify that I have served the document on non-CM/ECF participants by United States Mail, postage prepaid.

                /s Anthony A. Joseph
                Of Counsel