```
2004 FORD RANGER    1FTYR11UX4PA97382      $2280
2009 TOYOTA CAMRY   4T1BE46K29U364853      $5354
2003 HONDA ACCORD   1HGCM56373A026661      $3453
2004 FORD RANGER    1HGCM55384A153910      $2919
2006 HONDA ACCORD   1HGCM55376A120030      $3019
1952 MG ROADSTER    TD12165                $8250
```

THE FOLLOWING CAR HAVE BEEN PURCHASE FROM AUCTIONS UNDER EAGLE AUTO SALES IN AND BEEN FLOORED ON AFC AND DSC AND THERE NOT PAID YET, SOME OF THEM WE MADE PARTIAL PAYMENTS ON THEM

```
2008 HONDA ACCORD  1HGCP26338A119819   NOT PAID YET  AFC
2008 HONDA ACCORD  1HGCP26868A007902   NOT PAID YET  AFC
2008 HONDA ACCORD  JHMCP26479C075379   NOT PAID YET  AFC
2008 HONDA ACCORD  JHMCP264X8C033949   NOT PAID YET  AFC
2007 HONDA ACCORD  1HGCM56887A081668   NOT PAID YET  AFC
2008 HONDA ACCORD  1HGCP26368A161997   NOT PAID YET  AFC
2009 HONDA ACCORD  1HGCP26369A175433   NOT PAID YET  AFC
2008 HONDA ACCORD  JHMCP26808C012773   NOT PAID YET  AFC
2010 HONDA ACCORD  1HGCP2F86AA105785   NOT PAID YET  AFC
2007 HONDA CRV     JHLRE38737C041830   NOT PAID YET  AFC
2007 HONDA CRV     JHLRE38747C071418   NOT PAID YET  AFC
2007 HONDA ACCORD  1HGCM56767A135668   NOT PAID YET  AFC
2008 HONDA ACCORD  1HGCP26838A034233   NOT PAID YET  AFC
2011 HONDA ACCORD  1HGCP3F81BA023664   NOT PAID YET  AFC
2006 HONDA ACCORD  1HGCM55856A013991   NOT PAID YET  AFC
2006 HONDA ACCORD  1HGCM56716A064202   NOT PAID YET  AFC
2007 HONDA ACCORD  1HGCM66897A080437   NOT PAID YET  AFC
2006 HONDA ACCORD  1HGCM56866A080078   NOT PAID YET  AFC
2007 HONDA ACCORD  JHLRE38547C066895   NOT PAID YET  AFC

2008 HONDA ACCORD  1HGCP26898A002418   NOT PAID YET  DSC
2010 HONDA ACCORD  1HGCP2F71AA152603   NOT PAID YET  DSC
2011 HONDA ACCORD  1HGCP3F84BA021231   NOT PAID YET  DSC
2009 HONDA ACCORD  1HGCP26789A152867   NOT PAID YET  DSC
2008 HONDA ACCORD  1HGCP368X8A030377   NOT PAID YET  DSC
2011 HONDA ACCORD  1HGCP3F85BA003255   NOT PAID YET  DSC
2009 HONDA ACCORD  1HGCP368X9A014648   NOT PAID YET  DSC
2009 HONDA ACCORD  1HGCP267X9A007877   NOT PAID YET  DSC
2008 HONDA ACCORD  JHMCP26448C051248   NOT PAID YET  DSC
2004 CHEVY MALIBU  1G1ZU54824F168078    NOT PAID YET  DSC
2008 HONDA ACCORD  1HGCP26718A145998   NOT PAID YET  DSC
2008 HONDA ACCORD  1HGCP26428A033104   NOT PAID YET  DSC
2008 HONDA ACCORD  1HGCP26498A095275   NOT PAID YET  DSC
2008 HONDA ACCORD  1HGCP26308A109331   NOT PAID YET  DSC
```



A

2008 HONDA ACCORD JHMCP26458C044518  NOT PAID YET DSC
2009 HONDA ACCORD 1HGCP26419A165823  NOT PAID YET DSC