**Gabriel Berg**
**KENNEDY BERG LLP**
**The Chrysler Building**
**405 Lexington Ave., 26th Floor**
**New York, New York 10174**
**Ph.:    212.899.3420**
**Fax:    212.899.3401**

*Attorneys for Automotive Finance Corporation*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

Plaintiff,

-V-                                                                11-CIV-9186
                                                                   HON. PAUL A. ENGELMAYER
LEBANESE CANADIAN BANK SAL, et al.

Defendants;

ALL ASSETS OF LEBANESE CANADIAN
BANK SAL OR ASSETS TRACEABLE
THERETO, et al.

Defendants in rem.

---

### AUTOMOTIVE FINANCE CORPORATION'S RULE 7.1
### CORPORATE DISCLOSURE STATEMENT

Claimant Automotive Finance Corporation ("AFC"), by and through its counsel, hereby makes this Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and states that ADESA Dealer Services, LLC, an Indiana limited liability company, is the parent company of Automotive Finance Corporation and is the sole shareholder of its stock. No other corporation owns 10% or more of any class of AFC's equity interests.

AFC is an innocent owner and holder of security interests in the inventories of defendants Eagle Auto Sales, Inc. and Ace Auto Leasing, Inc.

Dated: March 14, 2012.

Respectfully submitted,

/s/ Gabriel Berg
Gabriel Berg
KENNEDY BERG LLP
The Chrysler Building
405 Lexington Ave., 26th Floor
New York, New York 10174
Ph.:    212.899.3420
Fax:    212.899.3401

*Attorneys for Automotive Finance Corporation*