# Exhibit B

| VEHICLE DESCRIPTION | VIN | SED VALUE | SED ITN | TITLE RECV | EXPORTER | CONSIGNEE | FREIGHT FORWARDER | OCEAN CARRIER | DESTI-NATION |
|---|---|---|---|---|---|---|---|---|---|
| 2001 Lexus RX300 | JTJGF10U010100877 | $6,300 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Toyota Sienna | 4T3ZF13C31U346168 | $3,800 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2000 Toyota Sienna | 4T3ZF13C3YU281865 | $4,000 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2000 Toyota Sienna | 4T3ZF13C8YU209074 | $3,500 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2003 Toyota Camry | 4T1BE32K33U224849 | $5,000 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2003 Toyota RAV4 | JTEHH20V436078233 | $7,200 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Toyota Sienna | 4T3ZF13C21U386208 | $5,700 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Acura MDX | 2HNYD18871H514247 | $5,800 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Mercedes C320 | WDBRF64J21F107396 | $5,200 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Toyota Sienna | 4T3ZF13C71U327249 | $5,400 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2003 Acura MDX | 2HNYD18793H537331 | $5,600 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 1998 Toyota Sienna | 4T3ZF13C7WU012250 | $3,500 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2000 Toyota Camry | 4T1BG22K0YU667990 | $3,700 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 1997 Lexus LX450 | JT6HJ88JXV0163765 | $5,200 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 1998 Toyota Sienna | 4T3ZF13C9WU088259 | $3,100 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 1998 Toyota Sienna | 4T3ZF13C7WU050609 | $3,500 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2000 Nissan Pathfind | JN8AR07YXYW426023 | $3,500 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Toyota RAV4 | JTEHH20V410055440 | $5,800 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2000 Toyota Sienna | 4T3ZF13C4YU216684 | $4,200 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Toyota Highland | JTEGF21A610021819 | $7,300 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2001 Toyota Sienna | 4T3ZF13C31U346168 | $3,800 | 20111117005037 | | Cedar Exports Auto | Fadi Star | American Cargoes | Hoegh Autoliners | Benin |
| 2005 Honda Accord | 1HGCM56875A195822 | $8,000 | 20111122006932 | | Cedar Exports Auto | Mac Modern Cars | American Cargoes | Hoegh Autoliners | Nigeria |
| 2003 Lexus LS430 | JTHBN30F130112082 | $13,500 | 20111221011595 | | Cedar Exports Auto | Alhilal Used Cars | American Cargoes | Hoegh Autoliners | UAE |