UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>       v.<br><br>LEBANESE CANADIAN BANK SAL, *et. al.*<br><br>                    Defendants,<br><br>ALL ASSETS OF LEBANESE CANADIAN BANK SAL OR ASSETS TRACEABLE THERETO, *et. al.*<br><br>                    Defendants *in rem*. | CIVIL ACTION NO.<br>1:11-cv-9186-PAE<br><br>**VERIFIED CLAIM** |

PLEASE TAKE NOTICE that LEBANESE CANADIAN BANK SAL ("Claimant"), pursuant to Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby asserts a claim as the owner of property alleged to be subject to forfeiture in the above-captioned action as follows:

1.      All assets of Lebanese Canadian Bank SAL.

Insofar as the Verified Complaint seeks the forfeiture of Claimant itself, Claimant claims an ownership interest in all right, title and interest in itself.

Pursuant to Rule E(8), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant's appearance is expressly restricted to the defense of this claim, and the Verified Claim does not constitute an appearance for any other purpose, nor does it confer jurisdiction over Claimant.

Claimant reserves the right to amend or supplement this claim after learning of new information, including information related to additional assets that are subject to forfeiture.



1

Dated: April 5th, 2012                Respectfully submitted,

                                       s/Christopher J. Clark
                                       Christopher J. Clark
                                       Berge Setrakian
                                       Dewey & LeBoeuf LLP
                                       1301 Avenue of the Americas
                                       New York, New York  10019
                                       Telephone: 212-259-8555
                                       Facsimile: 212-649-0953
                                       cjclark@dl.com

                                       *Counsel for Claimant*
                                       *Lebanese Canadian Bank SAL*

## VERIFICATION

We, George Zard Abou Jaoude and Mohamed Ibrahim Hamdoun, liquidators of Claimant Lebanese Canadian Bank, as authorized representative of Claimant Lebanese Canadian Bank SAL, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  April 5th, 2012

                                       LEBANESE CANADIAN BANK SAL

                                       _____
                                       George Zard Abou Jaoude &
                                       Mohamed Ibrahim Hamdoun
                                       Liquidators

On this 5th day of April, 2012, appeared
Messrs George Zard Abou Jaoude and Mohamed Ibrahim Hamdoun, known personally to me, and executed this document in my presence.

Souraya Machmouchi
_____, Attorney-at-law

2