UNITE STATES DISTRCT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------

UNITED STATES OF AMERICA,                              :

    Plaintiff,                                         :          STIPULATION AND ORDER

-v-                                                    :          Case No: 11 CIV 9186
                                                                  Judge Paul A. Engelmayer
LEBANESE CANADIAN BANK SAL, ELLISSA                    :
HOLDING COMPANY, HASSAN AYASH
EXCHANGE COMPANY, CYBAMAR SWISS                        :
GMBH, LLC, STE NOMECO SARL, STE MARCO
SARL, and THE SALHAB TRAVEL AGENCY,                    :

    Defendants;                                        :

ALL ASSETS OF THE LEBANESE CANADIAN                    :
BANK SAL OR ASSETS TRACEABLE THESETO;
ALL ASSETS OF THE ELISSA HOLDING COMPANY;              :
ALL ASSETS OF THE HASSAN AYASH EXCHANGE
COMPANY; ALL ASSETS OF CYBMAR SWISS                    :
GMBH, LLC, STE MARCO SARL, STE NOMECO
SARL, AND THE SALHAB TRAVEL AGENCY,                    :
INCLUDING BUT NOT LIMITED TO ALL FUNDS ON
DEPOSIT IN THE BANK ACCOUNTS AS                        :
PARTICULARLY DESCRIBED IN SCHEDUE A;
and ALL ASSETS OF 30 USED CAR BUYERS IN                :
THE UNITED STATES LISTED IN SCHEDULE A,
INCLUDING BUT NOT LIMITED PREVIOUSLY ON                :
DEPOSIT AT APPROXIMATELY 57 BANK ACCOUNTS,
AS DESCRIBED IN SCHEDULE A, AND ALL                    :
PROPERTY TRACEABLE THERETO,
                                                       :
    Defendants *In Rem*.
------------------------------------------------------------------

## STIPULATION AS TO TIME TO FILE AN ANSWER

WHEREAS, on or about December 15th, 2011, a verified complaint, 11 Civ. 9186 (the

"Complaint"), was filed in the United States District Court for the Southern District of New York

seeking civil money laundering penalties pursuant to Title 18. United States Code, Section 1956

against certain defendants, and also seeing the forfeiture of certain properties (the "Subject

Property") pursuant to Title 18, United States Code, Section 981 (a) (1) (C), including, inter alia all assets of Poliproject Inc, and all property traceable thereto;

WHEREAS, on about December 15, 2011, the United States provided notice of the filing of the Complaint;

WHEREAS, Poliproject Inc has requested additional time to file an answer or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by it attorney Preet Bharara, United States Attorney for the Southern District of New York, Alexander J. Wilson, Assistant United States Attorney, Southern District of New York, and Poliproject Inc, by their attorney Thomas E. Dwyer, Jr, Esq that:

1. Poliproject Inc shall have until May 7, 2012, to file an answer or otherwise respond to the Complaint.

2. This Order is without prejudice to any rights, remedies, claims, or defenses of any parties here to.

3. The signature pages of this Stipulation and Order may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. Signature pages may be by fax and such signatures shall be deemed as originals.

AGREED AND CONSENTED TO:

PREET BHARARA
United States Attorney
Southern District of New York

By: _____       4/12/12
Alexander J. Wilson       DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007


Poliproject Inc.
_____       _____
Thomas E. Dwyer, Jr Esq.       DATE
One Broadway, 14th Floor
Cambridge, MA 02142


SO ORDERED


_____       _____
HONORABLE PAUL ENGELMAYER       DATE
UNITED STATES DISTRICT JUDGE