USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,             :

        Plaintiff,                         :   CIVIL CASE MANAGEMENT
                                                PLAN AND SCHEDULING
   - v. -                               :   ORDER

LEBANESE CANADIAN BANK SAL, et al.,   :
                                                11 Civ. 9186 (PAE)
        Defendants;                        :

ALL ASSETS OF LEBANESE CANADIAN       :
BANK SAL, et al.,
                                             :
        Defendants-in-rem.
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

       1.    All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c).

       2.    This case is to be tried to a jury.

       3.    All claims to the defendants-in-rem shall be filed by May 15, 2012.

       4.    Motions to dismiss and answers shall be filed by June 4, 2012. Opposition to all motions to dismiss shall be filed by June 25, 2012. Replies shall be filed by July 6, 2012. These deadlines shall not apply to in-personam defendants who have not been served as of the date of this order. Such defendants may file any motions to dismiss within the time periods established by the Federal Rules of Civil Procedure.

       5.    Amended pleadings filed as a matter of course pursuant to Rule 15(a)(1) shall be filed by June 25, 2012. No other amended pleading may be filed and no other additional parties may be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by September 4, 2012.

       6.    All fact discovery shall be completed no later than December 3, 2012.

       7.    The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim

deadlines may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 5 above.

    a.    Initial requests for production of documents to be served by July 6, 2012.

    b.    Interrogatories to be served by July 6, 2012.

    c.    All production of documents to be completed by September 4, 2012.

    d.    Depositions of fact witnesses to be completed by December 3, 2012.

    e.    Requests to Admit to be served no later than December 3, 2012.

8.    All expert discovery shall be completed no later than April 3, 2013. All expert reports shall be exchanged by March 4, 2013. All expert depositions shall be completed by April 3, 2013.

    a.    No later than thirty (30) days prior to the date in paragraph 7, *i.e.*, the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by April 3, 2013.

9.    All motions and applications shall be governed by the Court's Individual Rules and Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed. Pursuant to the authority of Fed. R. Civ. P. 16(c)(2), any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto is made in writing within fourteen (14) days of the date in paragraph 7, *i.e.*, the close of fact discovery.

10.    All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

11.    The Final Pretrial Order date is thirty (30) days following the close of expert discovery. By the Final Pretrial Order date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Rules and Practices and Fed. R. Civ. P. 26(a)(3). Any motions *in limine* shall be filed after the close of discovery on or before the Final Pretrial Order date. If this action is to be tried before a jury, proposed *voir dire*, jury instructions and verdict form shall also be filed on or before the Final Pretrial Order date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the joint submission. Jury instructions may not be submitted after the Final Pretrial Order date, unless they meet the standard of Fed. R. Civ. P. 51(a)(2)(A). If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted on or before the Final Pretrial Order date.

12. Counsel for the parties have conferred and their present best estimate of the length of trial is four to six weeks.

---

**TO BE COMPLETED BY THE COURT:**
The Plan has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Fed. R. Civ. P. 16(b).

13. The next Case Management Conference is scheduled for January 4, 2013 at 2:00 p.m.

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as noted in paragraph 5) shall be made in a written application in accordance with paragraph 1.E of the Court's Individual Rules and Practices and shall be made no less than two (2) business days prior to the expiration of the date sought to be extended.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: New York, New York
May 4, 2012

3