UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,                  :

        Plaintiff,                                 :

vs.                                                            :

LEBANESE CANADIAN BANK SAL, et. al.,       :     11 Civ. 9186 (PAE)
                                                               :
        Defendants;
                                                               :
ALL ASSETS OF LEBANESE CANADIAN
BANK SAL R ASSETS TRACEABLE
THERETO; et. al.,                          :

        Defendants in rem.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## VERIFIED CLAIM OF INTEREST BY SAHARI MOTORS, LLC

Defendant *in rem* SAHARI MOTORS, LLC by and through its manager and its undersigned counsel and in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby claims the property described in paragraph 27(c) of Schedule A attached to the Verified Complaint in this action. More specifically, Sahari Motors, LLC claims account number 200051058944 held in the name of Sahari Motors, LLC at Wachovia Bank NA, (now Wells Fargo), Winston-Salem, NC, and all funds traceable thereto.

1. Property Claimed.

    Account number 200051058944 held in the name of Sahari Motors, LLC at Wachovia Bank NA, (now Wells Fargo), Winston-Salem, NC, and all funds traceable thereto.

2. Identity of Claimant.

    Sahari Motors, LLC, as owner of the account.

Through this claim, claimant reserves the right to defend the property named and to file responsive pleadings on behalf of the claimant, Sahari Motors, LLC.

PHELPS DUNBAR LLP

/s/
Timothy P. Shusta,
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
813-472-7550
813-472-7570 (FAX)
shustat@phelps.com
Attorneys For Sahari Motors, LLC
Defendant In Rem

## VERIFICATION

LOUAY W. IRANI, as Managing Member of Sahari Motors, LLC, hereby declares under penalty of perjury, as provided by 28 U.S.C. 1746, that Sahari Motors, LLC. is the owner of the property listed above in this Verified Claim of Interest, and that the foregoing Claim of Interest is based on my personal knowledge and the facts alleged in this Verified Claim if Interest are true and correct to the best of my knowledge.

Executed on May 14, 2012.      By: _____
Louay W. Irani, Managing Member
Sahari Motors, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF system and that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system this 14th day of May, 2012.

/s/ Timothy P. Shusta
Timothy P. Shusta