EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
COURT CASE NUMBER: 11 CIV. 9186 (RJH); NOTICE OF FORFEITURE ACTION

Pursuant to 18 U.S.C. § 981, the United States filed a verified Complaint for Forfeiture against the following property:

Account number 1852318300, held in the name of A & J Auto Sales Inc., at Comerica Bank, Detroit, MI, and all funds traceable thereto(12-DEA-559810)

Account number 1851738532, held in the name of Global Shipping Services, at Comerica Bank, Detroit, MI, and all funds traceable thereto (12-DEA-559817)

Account number 1851548741, held in the name of United Quality Auto Sales Inc., at Comerica Bank, Detroit, MI, and all funds traceable thereto (12-DEA-559820)

Account number 1021354, held in the name of Ace Auto Leasing Inc., at Security Bank, Tulsa, OK, and all funds traceable thereto (12-DEA-559821)

Account number 385002807421, held in the name of MGM Global Trading LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559831)

Account number 0028860, held in the name of World Auto Sales LLC, at Iberia Bank, Lafayette, LA, and all funds traceable thereto (12-DEA-559852)

Account number 003915682358, held in the name of ARZ Export LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559853)

Account number 334009142209, held in the name of Baaklini North America Inc., at Bank of America, Richmond, VA, and all funds traceable thereto (12-DEA-559854)

Account number 0010200496580, held in the name of Edya Export Import Inc., at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559855)

Account number 385005031155, held in the name of EZ Auto Export LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559857)

Account number 0071124646, held in the name of Bassam G. Hanna d/b/a Cary Auto Sales, at Fidelity Bank, Fuquay Varina, NC, and all funds traceable thereto(12-DEA-559858)

Account number 003851460139, held in the name of Auto Care LLC (d/b/a Golden Eagle Motors), at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559860)

Account number 200041752616, held in the name of Cary Auto Sale Inc., at Wachovia Bank, Winston-Salem, NC, and all funds traceable thereto (12-DEA-559861)

Account number 4506043277, held in the name of H & D Export and Import Inc., at RBS Citizens NA, Riverside, RI, and all funds traceable thereto (12-DEA-559862)

Account number 1461670301, held in the name of Hijazi General Trading LLC, at Sandy Spring National Bank, Columbia, MD, and all funds traceable thereto (12-DEA-559864)

Account number 100010418954, held in the name of Auto Care LLC (d/b/a Golden Eagle Motors), at Webster Bank NA, New Britain, CT, and all funds traceable thereto (12-DEA-559865)

Account number 415006924, held in the name of Kamal Al Khawand, at Liberty Savings Bank, Wilmington, OH, and all funds traceable thereto (12-DEA-559866)

Account number 100010497742, held in the name of MGM Global Trading LLC, at Webster Bank NA, New Britain, CT, and all funds traceable thereto (12-DEA-559867)

Account number 8245243071, held in the name of Poliproject Inc. d/b/a Fouad Autotrade, at TD Bank NA, Lewiston, ME, and all funds traceable thereto (12-DEA-559868)

Account number D450559055, held in the name of Auto Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and all funds traceable thereto (12-DEA-559869)

Account number D3660794805, held in the name of Auto Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and all funds traceable thereto (12-DEA-559872)

Account number 100010497762, held in the name of Global Auto LLC, at Webster Bank NA, New Britain, CT, and all funds traceable thereto (12-DEA-559874)

Account number 004601044225, held in the name of Jean Y. Chedid Trading Est. d/b/a Jean Y. Chedid, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559875)

Account number 22071326, held in the name of Jean Y. Chedid Trading Est. d/b/a Jean Y. Chedid, at RBS Citizens Bank, Riverside, RI, and all funds traceable thereto (12-DEA-559877)

Account number 381005084630, held in the name of Kassab Auto Dealer LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559878)

Account number 385000239567, held in the name of Global Auto LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559879)

Account number 4245299816, held in the name of Kassab Auto Dealer LLC, at TD Bank NA, Lewiston, ME, and all funds traceable thereto (12-DEA-559881)

Account number 8042546625, held in the name of Mansour Brothers Auto Trading Inc., at BB&T Bank, Wilson, NC, and all funds traceable thereto (12-DEA-559882)

Account number 7913961236, held in the name of HH Automotive Inc., at Fifth

Third Bank, Cincinnati, OH, and all funds traceable thereto(12-DEA-559883)

Account number 8048989720, held in the name of Mansour Brothers Auto Trading Inc., Tampa, FL (12-DEA-559885)

Account number 005488236598, held in the name of Car UZD, at Bank of America, Richmond, VA, and all funds traceable thereto (12-DEA-559887)

Account number 2000044100650, held in the name of Mid Overseas Inc. d/b/a Car UZD, at Wachovia Bank NA, Winston-Salem, NC (12-DEA-559889)

Account number 771360245, held in the name of HH Automotive Inc., at JPMorgan Chase Bank, Tampa, FL, and all funds traceable thereto (12-DEA-559890)

Account number 003780099354, held in the name of Cedar Exports Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559891)

Account number 003780100146, held in the name of Cedar Exports Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559894)

Account number 151205758239, held in the name of Cedar Exports Auto Sales, at U.S. Bank National Association, St. Paul, MN, and all funds traceable thereto (12-DEA-559897)

Account number 183725977, held in the name of Cedar Exports Auto Sales, at First Tennessee Bank, Memphis, TN, and all funds traceable thereto (12-DEA-559898)

Account number 3006360, held in the name of Cedar Exports Auto Sales, at Reliant Bank, Brentwood, TN, and all funds traceable thereto(12-DEA-559900)

Account number 1852078466, held in the name of Cybamar Swiss GMBH LLC, at Comerica Bank, Detroit, MI, and all funds traceable thereto (12-DEA-559901)

Account number 985914906, held in the name of Cybamar Swiss GMBH LLC, at PNC Bank, Pittsburgh, PA, and all funds traceable thereto(12-DEA-559902)

Account number 1852550415, held in the name of United Auto Enterprize Inc., at Comerica Bank, Detroit, MI, and all funds traceable thereto (12-DEA-559904)

Account number 229034804888, held in the name of United Auto Enterprize Inc., at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-559905)

Account number 7000380666, held in the name of Ezedine Brothers LLC, at First Niagara Bank NA, Lockport, NY, and all funds traceable thereto (12-DEA-559907)

Account number 9501914077, held in the name of Ezedine Brothers LLC, at First Niagara Bank NA, Lockport, NY, and all funds traceable thereto (12-DEA-559908)

Account number 7070205177, held in the name of Ezedine Brothers LLC, at First

Niagara Bank NA, Lockport, NY, and all funds traceable thereto (12-DEA-559913)

Account number 9500946008, held in the name of Ezedine Brothers LLC, at First Niagara Bank NA, Lockport, NY, and all funds traceable thereto (12-DEA-559914)

Account number 6500023951, held in the name of Ezedine Brothers LLC, at Peoples United Bank, Hartford, CT, and all funds traceable thereto (12-DEA-559915)

Account number 1000010094950, held in the name of Ezedine Brothers LLC, at Webster Bank NA, New Britain, CT, and all funds traceable thereto(12-DEA-559917)

Account number D3640502130, held in the name of Auto Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and all funds traceable thereto (12-DEA-559919)

Account number 7070181080, held in the name of MGM Global Trading LLC, at First Niagara Bank NA, Lockport, NY, and all funds traceable thereto (12-DEA-559931)

Account number 51304962536, held in the name of MGM Global Trading LLC, at Sovereign Bank, Reading, PA, and all funds traceable thereto (12-DEA-559996)

Account number 68500026114, held in the name of Myles Auto Sales, at Sovereign Bank, Reading, PA, and all funds traceable thereto (12-DEA-560034)

Account number 9496873999, held in the name of Myles Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-560037)

Account number 2000036107470, held in the name of Safari Enterprises LLC, at Wachovia Bank NA, Winston-Salem, NC, and all funds traceable thereto (12-DEA-560039)

Account number 200051058944, held in the name of Sahari Motors, at Wachovia Bank NA, Winston-Salem, NC, and all funds traceable thereto (12-DEA-560046)

Account number 100010323810, held in the name of Safari Enterprises LLC, at Webster Bank NA, New Britain, CT, and all funds traceable thereto (12-DEA-560049)

Account number 5404311333, held in the name of Eagle Auto Sales Inc., at Bank of America NA (formerly LaSalle Bank), Henrico, VA, and all funds traceable thereto (12-DEA-560055)

Account number 5404706474, held in the name of Eagle Auto Sales Inc., at Bank of America NA (formerly LaSalle Bank), Henrico, VA, and all funds traceable thereto (12-DEA-560056)

Account number 385002807418, held in the name of MGM Global Trading LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto (12-DEA-560316)

All Asset of United Auto Enterprize. Inc. (12-DEA-561933)

# USAO OFFICIAL NOTIFICATION POSTED ON MARCH 20, 2012

All Assets of HH Automotive Inc. (12-DEA-561934)

All Assets of Jean Y. Chedid Trading Est, d/b/a Jean Y. (12-DEA-561935)

All Assets of Kamal Al Khwand (12-DEA-561936)

All Assets of of Bassan G. Hanna, D/B/A Cary Auto Sales (12-DEA-561938)

All Assets of Kassab Auto Dealer LLC (12-DEA-561939)

All Assets of Mid Oversea, Inc. D/B/A Car Uzd (12-DEA-561940)

All Assets of Mansour Brothers Auto Trading, Inc. (12-DEA-561941)

All Assets of the Salhab Travel Agency (12-DEA-561942)

All Assets of Cedar Exports Auto Sales (12-DEA-561944)

All Assets of STE Nomeco Sarl (12-DEA-561945)

All Assets of STE Marco Sarl (12-DEA-561946)

All Assets of Cybamar Swiss GMBH LLC (12-DEA-561947)

All Assets of Hassan Ayash Exchange Company (12-DEA-561949)

All Assets of Ezedine Brothers, LLC (12-DEA-561952)

All Assets of Ellissa Holding Company (12-DEA-561953)

All Assets of Lebanese Canadian Bank (12-DEA-561955)

All Assets of MGM Global Trading LLC (12-DEA-561956)

All Assets of Myles Auto Sales (12-DEA-561957)

All Assets of Safari Enterprises LLC & Sahari Motors (12-DEA-561960)

All Assets of Global Auto LLC (12-DEA-561966)

All Assets of Auto Rama, Inc. (12-DEA-561967)

All Assets of Auto Care LLC, D/B/A Golden Eagle Motors (12-DEA-561969)

All Assets of World Auto Sales LLC (12-DEA-561970)

All Assets of Poliproject, Inc. D/B/A Autotrade (12-DEA-561972)

# USAO OFFICIAL NOTIFICATION POSTED ON MARCH 20, 2012

All Assets of Hijazi General Trading LLC. (12-DEA-561974)

All Assets of H & D Export and Import, Inc. (12-DEA-561975)

All Assets of Cary Auto Sales, Inc. (12-DEA-561976)

All Assets of EZ Auto Export LLC (12-DEA-562005)

All Assets of Edya Export Import Inc. (12-DEA-562006)

All Assets of Baaklini North America (12-DEA-562008)

All Assets of ARZ Lasting Light Street (12-DEA-562009)

All Assets of Ace Auto Leasing, Inc. (12-DEA-562010)

All Assets of United Quality Auto Sales, Inc. (12-DEA-562011)

All Assets of Global Shipping Services (12-DEA-562012)

All Assets of A & J Auto Sales Inc (12-DEA-562014)

All Assets of Eagle Auto Sales, Inc. (12-DEA-562015)

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (March 16, 2012) of this Notice on this official government internet web site and an Answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days thereafter. 18 U.S.C. § 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, United States District Court, 500 Pearl Street, Room 120, New York, NY 10007, and copies of each served upon Assistant United States Attorney Michael Lockard, One St. Andrew's Plaza, New York, NY 10007, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.