

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 14, 2012

**BY HAND**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

MEMO ENDORSED

Re: **United States v. Lebanese Canadian Bank SAL et al,**
     **11 Cv. 9186 (PAE)**

Dear Judge Engelmayer:

Please find attached for the Court's consideration a proposed Stipulation and Order of Settlement (the "Proposed Order") relating to Car UZD and Mid Overseas Inc. (d/b/a Car UZD) (collectively, "Car UZD"). The Proposed Order provides for the forfeiture of $56,000 by Car UZD (the "Proposed Forfeited Funds").

On May 30, 2012, certain insurance companies (the "Insurance Company Claimants") filed claims in this action for, inter alia, all assets of Car UZD, including the Proposed Forfeited Funds. Counsel for the Insurance Company Claimants has indicated that the Insurance Company Claimants have no objection to the entry of the Proposed Order as long as the Proposed Forfeited Funds are maintained by the United States until the claims of the Insurance Company Claimants to those funds are resolved in this action and provided that the Order is without prejudice to any claim they may have to the Proposed Forfeited Funds in this action or any claim in any other action.

The Honorable Paul A Engelmayer
June 6, 2012
Page 2 of 2

 

      The Government respectfully requests that the Court (1) enter the Proposed Order, and (2) so order that the Proposed Forfeited Funds be maintained by the United States during the pendency of the Insurance Company Claimants' claims in this action for the Proposed Forfeited Funds.

                                                Respectfully submitted,

                                                PREET BHARARA
                                                United States Attorney

By: _____ (Fox)
      Sharon Cohen Levin
      Michael D. Lockard
      Jason H. Cowley
      Alexander J. Wilson
      Assistant United States Attorneys
      (212) 637-1060/2193/2479/2453

*The Proposed Forfeited Funds must be maintained by the United States during the pendency of the Insurance Company Claimants' claims in this action.*

SO ORDERED: 8/21/12

_Paul A. Engelmayer_
The Honorable Paul A Engelmayer
United States District Judge