

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 21, 2012

**BY HAND**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

    Re:   **United States v. Lebanese Canadian Bank SAL, et al.,**
           **11 Civ. 9186 (PAE)**

Dear Judge Engelmayer:

     The Government respectfully submits for the Court's consideration a proposed Stipulation and Order of Settlement (the "Proposed Order") relating to claimant Mansour Brothers Trading Inc., d/b/a Mansour Brothers Auto Trading ("Mansour Brothers"). The Proposed Order provides for the forfeiture of the contents of two bank accounts by Mansour Brothers (the "Proposed Forfeited Funds").

     On May 30, 2012, certain insurance companies (the "Insurance Company Claimants") filed claims in this action for, inter alia, all assets of Mansour Brothers, including the Proposed Forfeited Funds. Counsel for the Insurance Company Claimants has indicated that the Insurance Company Claimants have no objection to the entry of the Proposed Order as long as the Proposed Forfeited Funds are maintained by the United States until the claims of the Insurance Company Claimants to those funds are resolved in this action and provided that the Order is without prejudice to any claim they may have to the Proposed Forfeited Funds in this action or any claim in any other action.

Hon. Paul A. Engelmayer
August 21, 2012
Page 2

      Accordingly, the Government respectfully requests that the Court (1) enter the Proposed Order and (2) order that the Proposed Forfeited Funds be maintained by the United States during the pendency of the Insurance Company Claimants' claims in this action for the Proposed Forfeited Funds.

                                                  Respectfully submitted,

                                                  PREET BHARARA
                                                  United States Attorney for the
                                                  Southern District of New York

                               By:   */s/*
                                                  Sharon Cohen Levin
                                                  Michael D. Lockard
                                                  Jason H. Cowley
                                                  Alexander J. Wilson
                                                  Assistant United States Attorneys
                                                  (212) 637-1060/2193/2479/2453

cc:      Timothy Shusta, Esq. (by email)


SO ORDERED:

*/s/ Paul A. Engelmayer   8/23/12*

HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

*The Proposed Forfeited Funds must be maintained by the United States during the pendency of the Insurance Company Claimants' claims in this action.*