UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :
            Plaintiff,               :
      v.                             :
                                     :
LEBANESE CANADIAN BANK SAL, et al.   :  Civil Action No. 1:11-cv-9186-PAE
                                     :  **NOTICE OF MOTION**
            Defendants,              :
                                     :  **[ORAL ARGUMENT**
ALL ASSETS OF LEBANESE CANADIAN BANK  :  **REQUESTED]**
SAL OR ASSETS TRACEABLE THERETO, et al., :
                                     :
            Defendants *in rem*,     :
------------------------------------------------------------------ X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated October 4, 2012, Claimant-Defendant Lebanese Canadian Bank SAL (hereinafter "LCB"), by its undersigned counsel, will move this Court before the Honorable Paul A. Engelmayer, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 18C, New York, New York, 10007, on a date and time to be determined by the Court, for an order, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(6) and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions Rule G(8)(b), dismissing the Complaint as to LCB and its assets.

PLEASE TAKE FURTHER NOTICE that any responding papers or affidavits should be filed with this Court and served upon Steptoe & Johnson LLP, 1114 Avenue of the Americas, New York NY 10036, (Attn: Evan T. Barr), via electronic filing on the ECF system.

LCB requests oral argument on this motion.

Dated: October 4, 2012               Respectfully submitted,

  /s/  E.T.B.
─────────────────────────────
Evan T. Barr
Sandra Cavazos
Elisabeth L. Page
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York NY 10036
Telephone: 212.506.3918
Facsimile: 212.506.3950
ebarr@steptoe.com
scavazos@steptoe.com
epage@steptoe.com


John M. Hillebrecht
Patrick J. Smith
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
Telephone: 212.335.4685
Facsimile: 212.335.4501
john.hillebrecht@dlapiper.com
patrick.smith@dlapiper.com

Attorneys for Defendant-Claimant
Lebanese Canadian Bank SAL

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the below date, she served or caused to be served this Notice of Motion via ECF upon the following attorneys:

All Counsel of Record


Dated: October 4, 2012
New York, New York


    /s/ E.L.P.
Elisabeth L. Page