

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

November 5, 2012

**BY EMAIL**

To: Counsel of Record

    Re: <u>United States v. Lebanese Canadian Bank SAL, et al.,</u>
          **11 Civ. 9186 (PAE)**

Dear Counsel:

    Attached is an electronic copy of the Government's Verified First Amended Complaint, which was filed in hard copy with the Clerk's office on Friday, October 26, 2012, by deposit in the after-hours drop box.

    It was our intention to serve copies to counsel by email on Monday, October 29, 2012. As many of you know, Hurricane Sandy caused the Office of the United States Attorney, as well as the courthouse, to be closed for the entirety of last week. The storm also caused, among other things, the interruption or suspension of large parts of the city's transportation system for most of the week and a widespread power outage in lower Manhattan that resulted in our Office's servers, network services, and telephone system being unavailable until late this past weekend. As a result, we were unable to serve copies of the amended complaint as intended.

    The Office has reopened today, and our network and telephone systems have been restored. We apologize for the delay in circulating the amended complaint.

                                      Sincerely yours,

                                      PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

           By:     /s/ Michael D. Lockard
                      Sharon Cohen Levin
                      Michael D. Lockard
                      Jason H. Cowley
                      Alexander J. Wilson
                      Assistant United States Attorneys
                      (212) 637-1060/2193/2479/2453

cc:    Hon. Paul A. Engelmayer