# EXHIBIT B

# TRANSCRIPT OF JUDGMENT -- NO. 08-0472

| How Obtained: | Dates | Attorney | Names of Parties against whom judgment has been obtained | Names of Parties in whose favor judgment has been obtained | Amount | Costs | When Satisfied |
|---|---|---|---|---|---|---|---|
| Judgment | Signing: 09/07/2007 Filing: 03/24/2008 | | ISLAMIC REPUBLIC OF IRAN, ET AL. | TERRY ABBOTT | $1,485,243.00 | $0.00 | / / |
| M18-302 | | | | | | | |
| REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT | | | SAME | JOHN ROBERT ALLMAN | REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT. U.S.D.C FOR THE DISTRICT OF COLUMBIA, CONSOLIDATED CIVIL ACTIONS: 01-2094 (RCL) & 01-2684 (RCL). ORDERED THAT DEFAULT JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANTS JOINTLY AND SEVERALLY, IN THE AMOUNT OF $2,656,944,877.00, WHICH SHALL BE ALLOCATED IN THE FOLLOWING MANNER: $545,937.00 | $0.00 | / / |

FILED
COUNTY CLERK
N.Y. COUNTY
2008 JUN 16 PM 1:05

RECEIPT
NEW YORK COUNTY CLERK
60 CENTRE STREET
NEW YORK, NY 10007
RT09

DEPARTMENT   AMOUNT
16 TRANS-F   25.00
              -----
TOTAL        25.00
CHECK        25.00

CONS CASHIER  DATE        TIME      TERM
21894 1000    08 JUN 16   1:03 PM   9-1

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the foregoing is a true and correct transcript from the Docket of Judgments kept in my office and that the above judgment has not been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 13 day of June, two thousand and eight

J. Michael McMahon, Clerk

by _____
                              Deputy Clerk

- SL -

Page 1                                                                          transcript2.frx