# EXHIBIT C

# TRANSCRIPT OF JUDGMENT -- NO. 08-0472

10 SP06 11/20/2009

Liviu Vogel, Esq.
Salon Marrow Dyckman Newman & Broder LLP
292 Madison Ave., New York, NY 10017
212-661-7100

| How Obtained | Dates | Attorney | Names of Parties against whom judgment has been obtained | Names of Parties in whose favor judgment has been obtained | Amount | Costs | When Satisfied |
|---|---|---|---|---|---|---|---|
| Judgment | Signing: 09/07/2007 Filing: 03/24/2008 | | ISLAMIC REPUBLIC OF IRAN, ET AL. | TERRY ABBOTT | $1,485,243.00 | $0.00 | |
| M18-302 | | | | REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT. U.S.D.C FOR THE DISTRICT OF COLUMBIA, CONSOLIDATED CIVIL ACTIONS: 01-2094 (RCL) & 01-2684 (RCL) ORDERED THAT DEFAULT JUDGMENT BE ENTERED IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANTS JOINTLY AND SEVERALLY, IN THE AMOUNT OF $2,656,944,877.00, WHICH SHALL BE ALLOCATED IN THE FOLLOWING MANNER: | | | | |
| | | | SAME | JOHN ROBERT ALLMAN | $545,937.00 | $0.00 | |

REGISTRATION OF JUDGMENT FROM ANOTHER DISTRICT

ENTERED
NOV 24 2009
COUNTY CLERKS
_____ COUNTY

Queens County Clerk's Office
Paym 1465454 11/24/2009 4:40p
Tr. 1756591
Transcript of Judgement
ISLAMIC REPUBLIC OF IRAN 141178

Total: $25.00
Check $25.00

$25.00

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the foregoing is a true and correct transcript from the Docket of Judgments kept in my office and that the above judgment has not been satisfied of record.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court this 20 day of November, two thousand and nine

J. Michael McMahon, Clerk

by _____
Deputy Clerk

Page 1

- SL -

transcript2.frx