# EXHIBIT D

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 08,0472

DOCKET NO. M18302

Control # 080472

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of Islamic Republic of Iran who has an interest in accounts held by Citibank, N.A., Legal Service Intake Unit, 1 Court Square, 7th Floor, Long Island City, NY 11120, as custodian for the accounts and assets described on attached Exhibit A.

in your district you cause to be made the sum of Two Billion, Six Hundred and Fifty Six Million, Nine hundred and forty four thousand, Eight Hundred and Seventy Seven and 00/100 dollars and _____ cents, ($2,656,944,877.00)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

recovered against the said ISLAMIC REPUBLIC OF IRAN, et al.

in an action between DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

PLAINTIFF and ISLAMIC REPUBLIC OF IRAN, et al.

DEFENDANT, in favor of said Plaintiff, DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

as appears by the record filed in the Clerk's Office of said District Court on the 24th day of March, in the year of 2008

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the 12th day of June in the year of our Lord 2008, and of the Independence of the United States the two hundred twenty-seventh year.

*(year)*

J. Michael McMahon
CLERK

SDNY Web 7/2002

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. 080472

DOCKET NO. M18302

Control # 080472

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of __See Schedule A attached.__

in your district you cause to be made the sum of Two Billion, Six Hundred and Fifty Six Million, Nine Hundred and forty four thousand, Eight Hundred and Seventy Seven and 00/100 dollars and _____ cents, ($ 2,656,944,877.00.)

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al. recovered against the said ISLAMIC REPUBLIC OF IRAN, et al.

in an action between DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

PLAINTIFF and ISLAMIC REPUBLIC OF IRAN, et al.

DEFENDANT, in favor of said Plaintiff, DEBORAH D. PETERSON, Personal Representative of the Estate of James C. Knipple (Deceased), et al.

as appears by the record filed in the Clerk's Office of said District Court on the __24th__ day of __March__, in the year of __2008__

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the __17th__ day of __October__ in the year of our Lord __2008__, and of the Independence of the United States the two hundred twenty-seventh year.

(year)

J. MICHAEL McMAHON

CLERK

By: [signature]

SDNY Web 7/2002