# EXHIBIT E

SCHEDULE A

I.   USED CAR BUYERS IN THE UNITED STATES AND THEIR ACCOUNTS

1.   A & J Auto Sales Inc., Lansing, MI

Account:

a.   account number 1852318300, held in the name of A & J
     Auto Sales Inc., at Comerica Bank, Detroit, MI, and all
     funds traceable thereto;

2.   Ace Auto Leasing Inc., Tulsa, OK

Account:

a.   account number 1021354, held in the name of Ace Auto
     Leasing Inc., at Security Bank, Tulsa, OK, and all
     funds traceable thereto;

3.   ARZ Export LLC, Columbia, MD

Account:

a.   account number 003915682358, held in the name of ARZ
     Export LLC, at Bank of America NA, Richmond, VA, and
     all funds traceable thereto;

4.   Auto Care LLC (d/b/a Golden Eagle Motors), Vernon, CT

Accounts:

a.   account number 003851460139, held in the name of Auto
     Care LLC (d/b/a Golden Eagle Motors), at Bank of
     America NA, Richmond, VA, and all funds traceable
     thereto;

b.   account number 100010418954, held in the name of Auto
     Care LLC (d/b/a Golden Eagle Motors), at Webster Bank
     NA, New Britain, CT, and all funds traceable thereto;

5.   Auto Rama Inc., Detroit, MI

Accounts:

a.   account number D3640502130, held in the name of Auto
     Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and
     all funds traceable thereto;

    b.   account number D450559055, held in the name of Auto
        Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and
        all funds traceable thereto;

    c.   account number D3660794805, held in the name of Auto
        Rama Inc., at RBS Citizens Bank NA, Riverside, RI, and
        all funds traceable thereto;

6.   **Baaklini North America Inc., Fairburn, GA**

    **Account:**

    a.   account number 334009142209, held in the name of
        Baaklini North America Inc., at Bank of America,
        Richmond, VA, and all funds traceable thereto;

7.   **Bassam G. Hanna d/b/a Cary Auto Sales, Cary, NC**

    **Account:**

    a.   account number 0071124646, held in the name of Bassam
        G. Hanna d/b/a Cary Auto Sales, at Fidelity Bank,
        Fuquay Varina, NC, and all funds traceable thereto;

8.   **Car UZD and Mid Overseas Inc. (d/b/a Car UZD), Miami,
   Florida**

    **Accounts:**

    a.   account number 005488236598, held in the name of Car
        UZD, at Bank of America, Richmond, VA, and all funds
        traceable thereto;

    b.   account number 2000044100650, held in the name of Mid
        Overseas Inc. d/b/a Car UZD, at Wachovia Bank NA,
        Winston-Salem, NC;

9.   **Cary Auto Sale Inc., Cary, NC**

    **Account:**

    a.   account number 200041752616, held in the name of Cary
        Auto Sale Inc., at Wachovia Bank, Winston-Salem, NC,
        and all funds traceable thereto;

10. <u>Cedar Exports Auto Sales, Mt. Juliet, TN</u>

    <u>Accounts</u>:

    a.    account number 003780099354, held in the name of Cedar Exports Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

    b.    account number 003780100146, held in the name of Cedar Exports Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

    c.    account number 151205758239, held in the name of Cedar Exports Auto Sales, at U.S. Bank National Association, St. Paul, MN, and all funds traceable thereto;

    d.    account number 183725977, held in the name of Cedar Exports Auto Sales, at First Tennessee Bank, Memphis, TN, and all funds traceable thereto;

    e.    account number 3006360, held in the name of Cedar Exports Auto Sales, at Reliant Bank, Brentwood, TN, and all funds traceable thereto;

11. <u>Eagle Auto Sales Inc., Dearborn Heights, MI</u>

    <u>Accounts</u>:

    a.    account number 5404311333, held in the name of Eagle Auto Sales Inc., at Bank of America NA (formerly LaSalle Bank), Henrico, VA, and all funds traceable thereto;

    b.    account number 5404706474, held in the name of Eagle Auto Sales Inc., at Bank of America NA (formerly LaSalle Bank), Henrico, VA, and all funds traceable thereto;

12. <u>Edya Export Import Inc., Holly Hill, FL</u>

    <u>Account</u>:

    a.    account number 0010200496580, held in the name of Edya Export Import Inc., at Bank of America NA, Richmond, VA, and all funds traceable thereto;

3

13. <u>EZ Auto Export LLC, New Britain, CT</u>

   <u>Account</u>:

   a.   account number 385005031155, held in the name of EZ
        Auto Export LLC, at Bank of America NA, Richmond, VA,
        and all funds traceable thereto;

14. <u>Ezedine Brothers LLC, Hartford, CT</u>

   <u>Accounts</u>:

   a.   account number 6500023951, held in the name of Ezedine
        Brothers LLC, at People's United Bank, Hartford, CT,
        and all funds traceable thereto;

   b.   account number 7000380666, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

   c.   account number 9501914077, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

   d.   account number 1000010094950, held in the name of
        Ezedine Brothers LLC, at Webster Bank NA, New Britain,
        CT, and all funds traceable thereto;

   e.   account number 7070205177, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

   f.   account number 9500946008, held in the name of Ezedine
        Brothers LLC, at First Niagara Bank NA, Lockport, NY,
        and all funds traceable thereto;

15. <u>Global Auto LLC, South Windsor, CT</u>

   <u>Account</u>:

   a.   account number 100010497762, held in the name of Global
        Auto LLC, at Webster Bank NA, New Britain, CT, and all
        funds traceable thereto;

   b.   account number 385000239567, held in the name of Global
        Auto LLC, at Bank of America NA, Richmond, VA, and all

4

funds traceable thereto;

16. **Global Shipping Services, Detroit, MI**

   **Account:**

   a.   account number 1851738532, held in the name of Global
        Shipping Services, at Comerica Bank, Detroit, MI, and
        all funds traceable thereto;

17. **H & D Export and Import Inc., Detroit, MI**

   **Account:**

   a.   account number 4506043277, held in the name of H & D
        Export and Import Inc., at RBS Citizens NA, Riverside,
        RI, and all funds traceable thereto;

18. **HH Automotive Inc., Detroit, MI**

   **Accounts:**

   a.   account number 7913961236, held in the name of HH
        Automotive Inc., at Fifth Third Bank, Cincinnati, OH,
        and all funds traceable thereto;

   b.   account number 771360245, held in the name of HH
        Automotive Inc., at JPMorgan Chase Bank, Tampa, FL, and
        all funds traceable thereto;

19. **Hijazi General Trading LLC, Burtonsville, MD**

   **Account:**

   a.   account number 1461670301, held in the name of Hijazi
        General Trading LLC, at Sandy Spring National Bank,
        Columbia, MD, and all funds traceable thereto;

20. **Jean Y. Chedid Trading Est d/b/a Jean Y. Chedid, Dartmouth,
    MA**

   **Accounts:**

   a.   account number 004601044225, held in the name of Jean
        Y. Chedid Trading Est. d/b/a Jean Y. Chedid, at Bank of
        America NA, Richmond, VA, and all funds traceable

thereto;

b.   account number 22071326, held in the name of Jean Y.
     Chedid Trading Est. d/b/a Jean Y. Chedid, at RBS
     Citizens Bank, Riverside, RI, and all funds traceable
     thereto;

21.   <u>Kamal Al Khawand, Dayton, OH</u>

      <u>Account</u>:

      a.   account number 415006924, held in the name of Kamal Al
           Khawand, at Liberty Savings Bank, Wilmington, OH, and
           all funds traceable thereto;

22.   <u>Kassab Auto Dealer LLC, North Arlington, NJ</u>

      <u>Accounts</u>:

      a.   account number 381005084630, held in the name of Kassab
           Auto Dealer LLC, at Bank of America NA, Richmond, VA,
           and all funds traceable thereto;

      b.   account number 4245299816, held in the name of Kassab
           Auto Dealer LLC, at TD Bank NA, Lewiston, ME, and all
           funds traceable thereto;

23.   <u>Mansour Brothers Auto Trading Inc., Tampa, FL</u>

      <u>Account</u>:

      a.   account number 8042546625, held in the name of Mansour
           Brothers Auto Trading Inc., at BB&T Bank, Wilson, NC,
           and all funds traceable thereto;

      b.   account number 8048989720, held in the name of Mansour
           Brothers Auto Trading Inc., Tampa, FL;

24.   <u>MGM Global Trading LLC, South Windsor, CT</u>

      <u>Accounts</u>:

      a.   account number 100010497742, held in the name of MGM
           Global Trading LLC, at Webster Bank NA, New Britain,
           CT, and all funds traceable thereto;

    b.    account number 385002807418, held in the name of MGM Global Trading LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

    c.    account number 385002807421, held in the name of MGM Global Trading LLC, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

    d.    account number 7070181080, held in the name of MGM Global Trading LLC, at First Niagara Bank NA, Lockport, NY, and all funds traceable thereto;

    e.    account number 51304962536, held in the name of MGM Global Trading LLC, at Sovereign Bank, Reading, PA, and all funds traceable thereto;

25.    <u>Myles Auto Sales, New Bradford, MA</u>

    <u>Accounts</u>:

    a.    account number 68500026114, held in the name of Myles Auto Sales, at Sovereign Bank, Reading, PA, and all funds traceable thereto;

    b.    account number 9496873999, held in the name of Myles Auto Sales, at Bank of America NA, Richmond, VA, and all funds traceable thereto;

26.    <u>Poliproject Inc. d/b/a Fouad Autotrade, St. Lawrence, MA</u>

    <u>Account</u>:

    a.    account number 8245243071, held in the name of Poliproject Inc. d/b/a Fouad Autotrade, at TD Bank NA, Lewiston, ME, and all funds traceable thereto;

27.    <u>Safari Enterprises LLC, Orlando, FL & Sahari Motors, Orlando, FL</u>

    <u>Accounts</u>:

    a.    account number 100010323810, held in the name of Safari Enterprises LLC, at Webster Bank NA, New Britain, CT, and all funds traceable thereto;

    b.    account number 2000036107470, held in the name of Safari Enterprises LLC, at Wachovia Bank NA, Winston-Salem, NC, and all funds traceable thereto;

    c.    account number 200051058944, held in the name of Sahari Motors, at Wachovia Bank NA, Winston-Salem, NC, and all funds traceable thereto;

28.   <u>United Auto Enterprize Inc., Redford, MI</u>

    <u>Accounts</u>:

    a.    account number 1852550415, held in the name of United Auto Enterprize Inc., at Comerica Bank, Detroit, MI, and all funds traceable thereto;

    b.    account number 229034804888, held in the name of United Auto Enterprize Inc., at Bank of America NA, Richmond, VA, and all funds traceable thereto;

29.   <u>United Quality Auto Sales Inc., Detroit, MI</u>

    <u>Account</u>:

    a.    account number 1851548741, held in the name of United Quality Auto Sales Inc., at Comerica Bank, Detroit, MI, and all funds traceable thereto;

30.   <u>World Auto Sales LL, Birmingham, AL</u>

    <u>Account</u>:

    a.    account number 0028860, held in the name of World Auto Sales LLC, at Iberia Bank, Lafayette, LA, and all funds traceable thereto.

       II.   <u>CYBAMAR SWISS ENTITITES AND THEIR ACCOUNTS</u>

1.   <u>Cybamar Swiss GMBH LLC</u>

    <u>Accounts</u>:

    a.    account number 1852078466, held in the name of Cybamar Swiss GMBH LLC, at Comerica Bank, Detroit, MI, and all funds traceable thereto;

b.    account number 985914906, held in the name of Cybamar
      Swiss GMBH LLC, at PNC Bank, Pittsburgh, PA, and all
      funds traceable thereto.

c.    account number 177717592000, held in the name of
      Cybamar Swiss GMBH LLC, at Credit Suisse AG, and all
      funds traceable thereto.

d.    account number 076705931001, held in the name of
      Cybamar Swiss GMBH LLC, at Credit Suisse AG, and all
      funds traceable thereto.

e.    account number 076705932000, held in the name of
      Cybamar Swiss GMBH LLC, at Credit Suisse AG, and all
      funds traceable thereto.