**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

**United State of America,**
    Plaintiff,

    v.                                                                   11 cv 9186 (PAE)
                                                                                  **MOTION FOR ADMISSION**
**LABENESE CANADIAN BANK SAL, et. al.**        **PRO HAC VICE**
    Defendants

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Robert Lee Jenkins, Jr., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for The Ellisa Holding Company in the above-capitiond action.

    I am in good standing of the bar fo the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in ay state or federal court.

Dated: December 26, 2012

                                                      Respectfully Submitted,


<u>Robert L. Jenkins, Jr.  /s/</u>
Robert L. Jenkins, Jr.
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com