**UNITED STATES DISTRICT COURT**
<u>**SOUTHERN DISTRICT OF NEW YORK**</u>

**United State of America,**
    Plaintiff,

    v.                                                          11 cv 9186 (PAE)
                                                     **MOTION FOR ADMISSION**
**LABENESE CANADIAN BANK SAL, et. al.**   **PRO HAC VICE**
    Defendants

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I Robert Lee Jenkins, Jr., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for All Assets of The Ellisa Holding Company in the above-captioned action.

    I am in good standing of the bar of the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in ay state or federal court.

Dated: December 26, 2012

                                                           Respectfully Submitted,


<u>Robert L. Jenkins, Jr.  /s/</u>
Robert L. Jenkins, Jr.
Bynum & Jenkins
1010 Cameron Street
Alexandria, Virginia 22314
703 309 0899 Telephone
703 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com