IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/13
```

UNITED STATES OF AMERICA,

Case No.: 1:11-cv-09186-PAE

LEBANESE CANADIAN BANK SAL, et. al.,
    Defendants.

### ORDER

This matter came on Defendant, ELLISA HOLDING COMPANY, for the substitution of counsel. For good cause the motion is granted. Robert L. Jenkins, Jr., Esq., is hereby substituted as counsel for ELLISA HOLDING COMPANY in place of the Aaron W. Knights, D. Michelle Douglas, Haig V. Kalbian, and Mark A. Barondess.

SO ORDERED:

_Paul A. Engelmayer_
UNITED STATES DISTRICT JUDGE

Entered: 1/7/13