UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                          :

United States                         11 Civ. 9186 (PAE)
                                          :

v.
                                          :

------------------------------ x

## DECLARATION OF CHRISTOPHER MILLER

      CHRISTOPHER MILLER, pursuant to the provisions of 28 U.S.C. § 1746, declares as follows:

      1.     I am a Special Agent with the Drug Enforcement Administration, and have been personally involved in the investigation of the money laundering scheme alleged in the above-referenced case. I respectfully submit this declaration in opposition to motions by Hassan Ayash Exchange Company ("Ayash") and Ellissa Holding Company to dismiss the Verified Amended Complaint. The information contained in this Declaration is based upon my personal involvement in the investigation, and conversations with and documents prepared by law enforcement officers and others.

      2.     Based upon records provided by the Federal Reserve, approximately 1472 wire transfers totaling approximately $134,284,931 were sent from Ayash accounts at Lebanese banks through nine correspondent bank accounts located in New York, New York, in connection with the alleged money laundering scheme.

      3.     Based upon records provided by the Federal Reserve approximately 890 wire transfers totaling approximately $51,684,819 were sent from Ellissa Exchange Company accounts at Lebanese banks through twelve correspondent bank accounts located in New York, New York, in connection with the alleged money laundering scheme.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         January 8, 2013

_____
CHRISTOPHER MILLER