

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 4, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/13

**BY EMAIL**
(EngelmayerNYSDChambers@nysd.uscourts.gov)

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 660
New York, New York 10007

*MEMO ENDORSED*

Re: <u>United States v. Lebanese Canadian Bank SAL, et al.,</u>
11 Civ. 9186 (PAE)

Dear Judge Engelmayer:

The Government submits this letter to respectfully request an extension of its time to respond to defendant-claimant Lebanese Canadian Bank, SAL's ("LCB") letter dated February 21, 2013, concerning discovery matters. Pursuant to Rule 2.C of the Court's Individual Rules of Practice, the Government's response was initially due February 26, 2013. With the consent of LCB's counsel, we requested an extension of that time until March 4, 2013. The parties have been engaged in discussions concerning a possible settlement of the claims concerning LCB and, to allow the parties to devote their attention to those discussions, the Government requests, again with the consent of LCB's counsel, a further extension of its time to respond until March 6, 2013.

Granted.

Respectfully submitted,

PREET BHARARA
United States Attorney

**SO ORDERED:**

3/5/13

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

By: _____/s/ Michael D. Lockard_____
Sharon Cohen Levin/Michael D. Lockard/
Jason H. Cowley/Alexander J. Wilson
Assistant United States Attorneys
(212) 637-1060/2193/2479/2453

cc: Evan Barr, Esq.