# ASHCROFT SULLIVAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/13

March 6, 2013

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street, Room 660
New York, New York 10007

**VIA EMAIL ONLY**


MEMO ENDORSED

Re: **Request to File First Amended Sworn Claim on Behalf of Société Générale de Banque au Liban ("SGBL"), Case No. 11 Civ. 9186**

Judge Engelmayer,

In accordance with your individual rules and practices, I am writing to formally request permission to file a First Amended Sworn Claim Asserting Interest in Seized Property on behalf of our client, Société Générale de Banque au Liban ("SGBL").

On the morning of March 5, 2013 SGBL was provided with new information that an account currently subject to arbitration in Lebanon under the sale and purchase agreement ("SPA") was undervalued by approximately $18,000,000.00 dollars. This new information requires a correction to the claim previously filed on March 4, 2013.

Today, March 6, 2013, I contacted the United States Attorney's Office for the Southern District of New York, and the government has no objections to SGBL filing a First Amended Sworn Claim.

Best Regards,

Michael J. Sullivan

Granted.

SO ORDERED:

3/6/13

Paul A. Engelmayer
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

One Post Office Square • Suite 3750 • Boston, MA 02109 • Tel: 617 573 9400 • Fax: 617 933 7607
www.AshcroftLawFirm.com
Austin • Boston • Dallas • Kansas City • St. Louis