UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEBANESE CANADIAN BANK SAL, *et al.*, | ) |
| | ) CIVIL ACTION NO. |
| | ) 1:11-cv-9186-PAE |
| | ) |
| Defendants, | ) |
| | ) |
| ALL ASSETS OF LEBANESE CANADIAN | ) |
| BANK SAL OR ASSETS TRACEABLE | ) |
| THERETO, *et al*. | ) |
| | ) |
| Defendants *in rem*. | ) |
| _____ | ) |


**AFFIDAVIT OF HASSAN AYASH IN COMPLIANCE WITH COURT'S ORDER
DATED FEBRUARY 21, 2013**

**Kalbian Hagerty LLP**
Haig V. Kalbian
Mark A. Barondess
Michelle D. Douglas
Aaron W. Knights
Damira Kamchibekova
888 17th St., Suite 1000
Washington D.C. 20006
Tel: (202) 223-5600
Fax: (202) 223-6625

The Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007.


Re: **Case No 11 CV. 9186 (PAE): United States of America (Plaintiff) Vs/Lebanese Canadian Bank SAL et al (Defendants).**


Dear Judge Engelmayer;

This affidavit is submitted pursuant to the Court's Order of February 21th, 2013 to affirm and confirm that since December 15th, 2011 Hassan Ayash Exchange Company ("Ayash Exchange") didn't take any action in violation of Paragraph 1 of the Restraining Order dated December 15th 2011, and more particularly didn't transfer or cause to be transferred, whether directly or indirectly, any of its properties nor it has taken or cause to be taken any action that would have the effect of depreciating, damaging or diminishing in any way, the value of its assets.

We hereby also certify that Ayash Exchange has not violated in any way, the terms of the Restraining Order, nor it has taken any action that exceeds the obligations of the said Restraining Order and has taken all steps necessary to comply with its terms.

For the avoidance of doubt, we hereby warrant that Ayash Exchange is fully compliant with the Restraining Order and has not been engaged in any act, which may cause the dissipation of its assets as evidenced by the documents enclosed hereto, subject-matter of Paragraph 5 of the Restraining Order.


Respectfully,

I Certify under penalty of perjury under the Laws of the United States of America that the Foregoing is true and correct.

<u>Executed on</u>: March 7th, 2013.

<u>For/Hassan Ayash Exchange Company</u>

Hassan Ayash

I, Mohammad F. Mattar, a Lebanese lawyer (Beirut Bar Association Nº 3493)with offices in Beirut- Lebanon, hereby attest that the above-named individual appeared before me on this 7th day of March, 2013 and is known personally to me and I hereby further attest that his signature hereto is true and accurate.

<u>Dated</u>: March 7th, 2013.



Mohammad F. Mattar
Attorney at Law.

Z:\- MFM\Ayash Hassan\13-01-Let to Engelmayer.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of  March,  2013, I have electronically filed the above Affidavit of Hassan Ayash in Compliance with Court's Order Dated February 21, 2013 with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel listed on the attached service list:

<div style="margin-left: 40%;">

s/D. Michelle Douglas
D. Michelle Douglas

</div>