UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/13
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEBANESE CANADIAN BANK SAL, et al.,

    Defendants.

11 Civ. 9186 (PAE)

## ORDER

This matter came on Defendant, Hassan Ayash Exchange Company, and In Rem Defendant All Assets of Hassan Ayash Exchange Company's motion for the substitution of counsel. For good cause, the motion is granted. James T. Bacon, Esq., and the firm of Allred, Bacon, Halfhill, & Young, P.C., is hereby substituted as counsel for Hassan Ayash Exchange Company and In Rem Defendant All Assets of Hassan Ayash Excahnge Company for the current counsel of Mark A. Barondess, D. Michelle Douglas, Haig V. Kalbian, and Aaron W. Knights, Damira Kamchibekova, and the firm of Kalbian Hagerty, L.L.P.

SO ORDERED:

*Paul A. Engelmayer*
United States District Judge

Entered:
April 1, 2013