**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) |
| LEBANESE CANADIAN BANK SAL, et al., | ) |
| | ) |
| Defendants, | ) |
| | ) |
| ALL ASSETS OF LEBANESE CANADIAN | ) |
| BAK SAL, et al., | ) |
| | ) |
| | ) |
| Defendants-in-rem. | ) |
| | ) |
|_____ | ) |

**VERIFIED ANSWER TO VERIFIED
AMENDED COMPLAINT**

11 Civ. 9186 (PAE)

WHEREAS Claimant Société Générale de Banque au Liban S.A.L. ("SGBL") is not a party to the underlying Complaint and is filing this answer in order to protect its interest and claim to funds in a certain escrow account pursuant to a Sale and Purchase Agreement ("SPA") with Defendant Lebanese Canadian Bank ("LCB") and its purchase of certain assets/liabilities pursuant to the rules and regulations and due process of the United States Treasury.

COMES NOW Claimant, SGBL, and in response to the Verified Amended Complaint of Plaintiff United States of America ("Plaintiff") dated October 26, 2012 (the "Complaint"), hereby answers as follows:

## I. NATURE OF THE ACTION

1. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 1.

2.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 2.

3.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 3.

4.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 4.

5.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 5.

6.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 6.

7.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 7.

8.  Claimant admits the allegations set forth in Paragraph 8.

9.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 9.

10. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 10.

11. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 11.

## II.      JURISDICTION AND VENUE

12. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 12.

13. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 13.

### III.   STATUTORY AUTHORITIES

14. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 14.

15. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 15.

16. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 16.

17. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 17.

18. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 18.

19. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 19.

20. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 20.

21. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 21.

22. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 22.

23. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 23.

24. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 24.

25. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 25.

26. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 26.

27. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 27.

28. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 28.

29. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 29.

30. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 30.

31. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 31.

### IV.    PROBABLE CAUSE FOR FORFEITURE

32. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 32.

33. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 33.

34. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 34.

35. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 35.

36. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 36.

37. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 37.

38. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 38.

39. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 39.

40. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 40.

41. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 41.

42. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 42.

43. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 43.

44. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 44.

45. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 45.

46. Claimant denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 46 with regards to specifically when FinCEN identified LCB as a financial institution of primary money laundering concern.  Claimant admits to entering into an agreement with LCB to acquire certain assets and liabilities of LCB.  Claimant admits to completing this acquisition in or about September 2011.

47. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 47.

48. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 48.

49. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 49.

50. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 50.

51. Claimant admits the allegations set forth in Paragraph 51.

52. Claimant admits that on or about August 15, 2012 the United States seized $150,000,000 from the U.S. correspondent accounts of the Escrow Institution.  Claimant denies that the entirety of these assets are property to be regarded pursuant to Title 18, United States Code, Section 981(k) as traceable to the assets of LCB. Claimant further states that a certain portion of the escrow funds remain the property of SGBL and/or that SGBL has certain claims as against the escrow account pursuant to the Sale and Purchase Agreement ("SPA").

53. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 53.

54. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 54.

55. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 55.

56. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 56.

57. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 57.

58. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 58.

59. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 59.

60. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 60.

61. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 61.

62. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 62.

63. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 63.

64. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 64.

65. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 65.

66. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 66.

67. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 67.

68. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 68.

69. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 69.

70. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 70.

71. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 71.

72. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 72.

73. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 73.

74. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 74.

75. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 75.

76. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 76.

77. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 77.

78. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 78.

79. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 79.

80. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 80.

81. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 81.

82. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 82.

83. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 83.

84. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 84.

85. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 85.

86. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 86.

87. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 87.

## V.    CLAIMS FOR FORFEITURE

88. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 88.

89. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 89.

90. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 90.

91. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 91.

92. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 92.

93. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 93.

94. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 94.

95. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 95.

96. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 96.

97. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 97.

98. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 98.

99. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 99.

100. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 100.

101. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 101.

102. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 102.

103. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 103.

104. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 104.

105. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 105.

106. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 106.

107. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 107.

108. The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 108.

109.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 109.

110.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 110.

111.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 111.

112.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 112.

113.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 113.

114.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 114.

115.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 115.

116.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 116.

117.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 117.

## VI.   CIVIL MONEY LAUNDERING PENALITIES

118.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 118.

119.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 119.

120.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 120.

121.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 121.

122.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 122.

123.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 123.

124.  The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 124.

125.   The Claimant as an innocent owner of the escrow funds is without sufficient information to either admit or deny the allegations as set forth in Paragraph 125.

### FIRST AFFIRMATIVE DEFENSE

Claimant, Société Générale de Banque au Liban S.A.L. has no connections to terrorism and its funds should not have been seized.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to set forth any basis for a claim against the property of Société Générale de Banque au Liban S.A.L.  Therefore, SGBL is entitled to a release of its properties and for recovery of its attorney's fees pursuant to any applicable statutes.

### THIRD AFFIRMATIVE DEFENSE

Claimant SGBL is of the belief that jurisdiction and venue may not be proper in the Southern District of New York.

## RESERVATION OF RIGHTS

Claimant reserves the right to amend or correct this Answer in the event that new or

different relevant information becomes available.

## JURY DEMAND

Claimant demands trial by jury with respect to each and every claim or claims asserted

against the Defendants' properties.


**Dated:  April 8, 2013**                    **ASHCROFT LAW FIRM, LLC**


By:     /s/ Michael J. Sullivan
        Michael J. Sullivan
        Ashcroft Sullivan, LLC
        Mass. BBO No. 487210
        One Post Office Square, Suite 3750
        Boston, MA 02109
        617-573-9400
        MSullivan@AshcroftLawFirm.com
        *Attorney for Claimant, SGBL*
        *Admitted Pro Hac Vice*

## <u>VERIFICATION</u>

I, Georges Saghbini, a duly authorized agent of Société Générale de Banque au Liban ("SGBL"), having fully reviewed the foregoing Verified Answer to Verified Amended Complaint, hereby affirm and swear that the facts set forth in the Verified Answer are truthful and accurate in every respect.  SGBL's legal counsel, Michael J. Sullivan and Luis A. Reyes of the Ashcroft Law Firm, LLC, have full authority to represent SGBL in this proceeding.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Georges Saghbini
Assistant General Manager
Group Chief Financial Officer

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of April, 2013 a true copy of the foregoing was electronically filed with the Clerk of Court using the ECF system, which then sends a notification to all counsel and parties of record in this matter.

<u>/s/ Michael J. Sullivan</u><br>
Michael J. Sullivan