```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,

    -v-

LEBANESE CANADIAN BANK SAL et al.,

                        Defendants.

------------------------------------------------------------X

11 Civ. 9186 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The oral argument previously scheduled for May 1, 2013 is hereby adjourned to May 23, 2013, at 10:00 a.m.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: April 24, 2013
       New York, New York