

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/13

**BY HAND**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re: **United States v. Lebanese Canadian Bank SAL et al.,**
**11 Civ. 9186 (PAE)**

Dear Judge Engelmayer:

Please find attached for the Court's consideration a proposed Stipulation and Order of Settlement (the "Proposed Order") between the United States, Lebanese Canadian Bank, S.A.L. ("LCB") and Société Générale de Banque au Liban S.A.L. The Proposed Order provides for the forfeiture of certain funds seized by the United States in August 2012 (the "Proposed Forfeited Funds").

Claims for, *inter alia*, all assets of LCB, have been filed in this action by certain insurance companies (the "Insurance Company Claimants") and certain judgment creditors (the "Judgment Creditor Claimants"). Therefore, the Government respectfully requests that the Court (1) enter the Proposed Order, and (2) so order that the Proposed Forfeited Funds be maintained by the United States during the pendency of the Insurance Company Claimants' and Judgment Creditor Claimants' claims in this action for the Proposed Forfeited Funds.

The Proposed Forfeited Funds must be maintained by the United States during the pendency of the Insurance Company Claimants' claims in this action.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: /s/ Alexander Wilson
Alexander Wilson
Assistant United States Attorneys
(212) 637-2453

SO ORDERED:

/s/ Paul A. Engelmayer  6/25/13
The Honorable Paul A. Engelmayer
United States District Judge