# Law Offices
# Allred, Bacon, Halfhill & Young, PC

Warner F. Young, III [VA]
Stephen D. Halfhill [DC, VA & WV]
James T. Bacon [VA, DC & MD]
James C. Allred [1946-2007]
Sefton K. Smyth [VA, DC]
Matthew C. Indrisano [VA]

Kenneth W. Curtis [VA, DC & MD]
John P. Forest, II [VA, MD]
John D. Pellegrin [VA, NY & DC]
*Counsel*

11350 RANDOM HILLS ROAD
SUITE 700
FAIRFAX, VIRGINIA 22030
Telephone (703) 352-1300
Fax (703) 352-1301
www.abhylaw.com

*Washington Offices:*
The Watergate, Suite 560
2600 Virginia Ave., N.W.
Washington, D.C. 20037

*Maryland Offices:*
611 Rockville Pike
Suite 100
Rockville, MD 20852

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/13

July 3, 2013

VIA EMAIL
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
Room 670
New York, New York 10007

Re:  United States of America v. Lebanese Canadian Bank, SA
     Case No. 11 Civ. 9186 (PAE)

Dear Judge Engelmayer:

Our firm recently entered an appearance on behalf of Ellissa Holding Company and its subsidiaries ("Ellissa"). Ellissa's previous counsel had prepared and filed a Motion to Dismiss the Amended Complaint. However, before the motion could be heard by the Court, Ellissa's then counsel took the motion off the docket because settlement discussions were going on. Settlement discussions have since broken down. As Ellissa's current counsel, I would like to have the Motion to Dismiss heard.

I have been told that I need to re-file the motion listing myself as counsel, which I am happy to do. However, the previous motion incorporated by reference an argument set forth in Lebanese Canadian Bank's ("LCB") Motion to Dismiss. Since LCB has since settled and these motions will not be heard together, I would like to put forth that argument in the body of Ellissa's motion. However, doing so will exceed the 25 page limit for memoranda of law set forth in Your Honor's Individual Practices by a few pages, and I am submitting this letter to file a brief up to 30 pages in support of Ellissa's Motion to Dismiss.

I have spoken to the United States Attorney's office, and they do not object to this request.

Respectfully submitted,

James T. Bacon

cc:  Michael Lockard (by email)
     Jason Crowley (by email)

---

**Memo Endorsement:**

Ellissa's request is granted. Because this motion was already fully briefed, the Court will set an expedited schedule for its refiling. Ellissa's motion is due July 9, 2013. The Government's opposition is due July 16, 2013. Ellissa's reply is due July 19, 2013. The Court will hear oral argument on July 25, 2013, at 2:00 p.m. This schedule will not be modified.

SO ORDERED:

Paul A. Engelmayer  7/3/13
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE