

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*

September 9, 2013



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/13

**BY EMAIL**
(EngelmayerNYSDChambers@nysd.uscourts.gov)

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Lebanese Canadian Bank SAL, et al.,</u>
11 Civ. 9186 (PAE)

Dear Judge Engelmayer:

      The Government submits this letter application in relation to the memorandum of law it filed this evening in support of the Government's motion to strike the claims of the Insurance Company Claimants and the Peterson Claimants in this action. The memorandum (Docket Entry 474) was 27 pages in length, two pages over the 25-page limit set out in the Court's Individual Rules of Practice.

The Honorable Paul A Engelmayer
September 9, 2013
Page 2 of 2

   The Government respectfully requests that the Court accept for consideration this memorandum of 27 pages. The Government has contacted counsel for both the Insurance Company Claimants and the Peterson Claimants, and both consent to this application.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney

        By:  ___/s/ Jason Cowley___
            Sharon Cohen Levin/Michael D. Lockard/
            Jason H. Cowley/Alexander Wilson
            Assistant United States Attorneys
            (212) 637-1060/2193/2479/2453

cc:  Sean Carter (SCarter1@cozen.com)
    Counsel for the Insurance Company Claimants

    Liviu Vogel (LVogel@salonmarrow.com)
    Counsel for the Peterson Claimants

Granted.

9/11/13

SO ORDERED:

_Paul A. Engelmayer_
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE